ORIGINAL

FILED
MAY 15 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| TIP TOP CONSTRUCTION, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. |

APPLICATION OF TIP TOP CONSTRUCTION, INC. FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff, Tip Top Construction, Inc. ("Tip Top") respectfully moves this Court to enter a preliminary injunction enjoining the Defendant, United States, from proceeding with performance of a contract for construction of a road on St Johns' Island under Federal Highway Administration ("FWHA") IFB No. DTFH71-08-B-0002 ("IFB").

The issuance of this order is necessary to avoid irreparable harm to Tip Top that will result if performance of the contract is allowed to take place. In support of this Motion, Plaintiff respectfully refers the Court to the Complaint and the Memorandum of Points and Authorities in Support of Applications for a Temporary Restraining, Preliminary and Permanent Injunctions and Declaratory Judgment and supporting exhibits and declarations filed herewith. In accordance with CFC Rule 65(f)(1), a proposed order is submitted for this purpose.

In accordance with Appendix C of the Rules of the Court of Federal Claims, Tip Top represents that it has hand-delivered copies of the pleadings to the Department of Justice and sent by federal express, copies to the current awardee.

Respectfully submitted,

Michael A. Gordon
MICHAEL A. GORDON PLLC
1629 K Street N.W., Suite 300
Washington, D.C. 20006
(202) 508-1464 (telephone)
(202) 349-1701 (facsimile)

Attorney of Record
for Plaintiff, Tip Top Construction, Inc.

OF COUNSEL:
Fran Baskin, Esquire
MICHAEL A. GORDON PLLC

May 15, 2008