Contract No.:

# U S DEPARTMENT OF TRANSPORTATION

## FEDERAL HIGHWAY ADMINISTRATION

## EASTERN FEDERAL LANDS HIGHWAY DIVISION

# PROJECT: VI 9999(117)

# ST. JOHN ROUNDABOUT

## SOLICITATION

IFB NO.: DTFH71-08-B-00002

This Contract Cites
Standard Specifications FP-03
U.S. Customary Units

CONTRACTOR:
ADDRESS:

STATE: ST. JOHN, U.S. VIRGIN ISLANDS

AGENCY: THE GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

| ROADWAYS: | STATIONS | MILES |
|---|---|---|
| ROUTE 102 | 102+00 TO 103+03.43 | 0.025 |
| ROUTE 104 | 104+00 TO 105+50 | 0.031 |
| ROUTE 10 EAST | 10+00 TO 11+56 | 0.038 |
| ROUTE 10 WEST | 10+00 TO 11+10 | 0.039 |
| ROUTE 201 | 201+00 TO 202+44 | 0.027 |
| ROUTE 10E TO 104 | | 0.032 |
| CIRCULAR DRIVE | 0+00 TO 2+38.72 | 0.045 |
| PROJECT LENGTH TOTAL: | | 0.24 |

TYPE OF IMPROVEMENT:

CONSTRUCTION OF A FIVE-LEG ROUNDABOUT, DEMOLITION OF THE EXISTING TEXACO GAS STATION, EARTHWORK, ASPHALT PAVING, INSTALLATION OF DRAINAGE STRUCTURES, CONCRETE FOOTING UNDERPINNING AT PARKING AREA WALLS, GRAVITY RETAINING WALLS, UTILITY RELOCATION (WATER, ELECTRIC, SEWER, TELEPHONE, CABLE TV), STREET LIGHTING, TRAFFIC CONTROL WITH DETOUR, SIGNING, STRIPING AND OTHER WORK.

# TABLE OF CONTENTS


| | Page |
|---|---|
| Notice to Bidders | 1 through 2 |
| Checklist for Bid Submission | 1 through 2 |
| New Questionnaire Form on Calendar Days | 1 Page |
| DBE Commitment Forms | 8 Page |
| ***SF-1442 Solicitation, Offer, and Award** | **A-1 through A-2** |
| Continuation of SF 1442 | A-3 through A-4 |
| Bid Schedule Instructions | 1 through 2 |
| ***Bid Schedule** | **B-1 through B-8** |
| ***SF-24 Bid Bond** | **C-1 through C-2** |

FEDERAL ACQUISITION REGULATION & TRANSPORTATION ACQUISITION REGULATION SOLICITATION PROVISIONS & CONTRACT CLAUSES

| | |
|---|---|
| Index to Federal and Transportation Acquisition Regulations | 1 through 6 |
| ***Representations and Certifications** | **D-1** |
| Instructions to Bidders | E-1 |
| ***Socioeconomic Program Requirements** | **F-1 through F-8** |
| Minimum Wage Schedule | F-9 through F-11 |
| ***General Contract Requirements** | **G-1 through G-4** |
| Construction Contract Requirements | H-1 |

**SPECIFICATIONS**

| | |
|---|---|
| Special Contract Requirements | J-1 through J-98 |
| Permits Obtained for this Project | 3 Pages |
| Plans | 188 Pages |
| Soils Report | 56 Pages |
| ECR Texaco | 35 Pages |


***BOLD FACED ITEMS ARE TO BE INCLUDED WITH THE BID SUBMITTAL PACKAGE**

# NOTICE TO BIDDERS - (CONT'D.)

**CONTRACT FORMAT:**
Bidders should note that the format of this contract is in accordance with Federal Acquisition Regulations (FAR), promulgated by the General Services Administration (GSA), effective April 1, 1984, including all applicable revisions. Applicable FAR provisions and clauses are incorporated in this contract by reference or full text as indicated in the INDEX before the D-page in this booklet. FAR provisions and clauses incorporated by reference can be accessed on the Internet on the GSA website at www.arnet.gov/far/. Bidders are encouraged to review the documents thoroughly before bidding.

**PROPOSAL BOOKLET AND OFFER SUBMITTAL:**
It is the responsibility of the bidder to verify that this proposal is complete as listed in the Table of Contents. The bidder is responsible for submitting all required forms and documents with the offer. Bidders should use the Checklist for Bid Submittal included in this booklet to check that their bids are complete.

**CONSTRUCTION CONTRACTS:**
As stated in FAR Clause 52.236-1, the **Contractor shall perform on the site, and with its own organization, work equivalent to at least 25%.** Additional guidance is given in FAR Subpart 35.5 where the majority of the project work is complex and specialized such as restoration work, bridge painting, and proprietary construction techniques (i.e. proprietary Cintec arch strengthening.) There are exceptions and they will be reviewed on a case-by-case basis.

**BID GUARANTEE:**
A bid guarantee in the amount of not less than 20 percent of the bid price or $3 million, whichever is less, is required with this bid. If the bidder fails to provide the required bid guarantee, such failure may require rejection of the bid. Reference FAR Provision 52.228-1, Bid Guarantee. A **bid bond** from a **corporate surety** must be from a surety acceptable to the Government as appearing on the Department of the Treasury's list of approved sureties. The **bid bond** must have an original signature and an embossed seal for the surety. If a **Power of Attorney** is required with the bid bond, the **Power of Attorney** should have an original signature of the surety or, an embossed seal for the surety company in the certification section. If the **Power of Attorney** form contains any language stating that the Power of Attorney can be revoked at any time, the document must contain an original signature or an embossed seal in the certification section.

**HAZARDOUS MATERIALS IDENTIFICATION AND MATERIAL SAFETY DATA:**
As required by FAR Clause 52.223-3, Hazardous Materials Identification and Safety Data, the apparent low bidder must submit prior to award a Material Safety Data Sheet (MSDS's) for all hazardous materials that the bidder identifies in paragraph (b) of this clause in the D-pages of this booklet. Failure to submit MSDS's may render the bidder ineligible for award of contract. The apparent low bidder should submit their MSDS's within two weeks after bid opening.

**FINANCING ASSISTANCE:** - Minority, Women-owned, and Disadvantaged Business Enterprises (DBE's). The Department of Transportation (DOT) offers working capital financing assistance for transportation related contracts. DOT's Short-Term Lending Program (STLP) offers lines of credit to finance accounts receivable. Maximum line of credit is $750,000 with interest at the prime rate. For further information, call (800) 532-1169. Internet address: http://osdbuweb.dot.gov.

**INTERNET BASED DATA BASES - REQUIRED INPUT must be completed at time of bid: According to the FAR Subpart 4.1102 contractors MUST be registered in Central Contractor Registration (CCR) prior** to the award of any contract. Access the following web site to register: www.ccr.gov

# NOTICE TO BIDDERS - (CONT'D.)

**According to the FAR Subpart 4.1201 contractors MUST complete their Online Annual Representations and Certifications Application (ORCA) prior** to the closing date of the bid on line at http://orca.bpn.gov/.

**According to the FAR Subpart 22.1302 (b) contractors and sub-contractors MUST complete** the required Annual Vets-100 Form in order to be eligible for a contract award. It can be completed on-line at http://vets100.cudenver.edu/.

**PAYMENT:**
Bidders are advised to review the Federal Projects (FP) - Manual, subsection 109.05, concerning **direct** and **indirect** payment included under a pay item in the bid schedule.

**PROGRESS PAYMENTS:**
ALL payments will be made via Electronic Funds Transfer (EFT) as such; the payment information in the CCR must be accurate in order for contractors' invoices to be considered proper invoices for the purpose of prompt payment under DOT contracts. Contractors must input and maintain (update as necessary) their EFT information in the CCR database. Bidders are advised that under FAR Clause 52.232-5, Payments Under Fixed Price Construction Contracts, upon request, progress payments will include premiums paid by the Contractor to obtain performance and payment bonds as required under this contract. These payments shall not be made in addition to the contract price. As specified in FP Manual subsection 151 - "MOBILIZATION", payments for performance and payment bond premiums shall be included in mobilization.

**WELFARE-TO-WORK INITIATIVE:**
The President's Welfare Reform Bill was initiated to assist welfare recipients and hopefully aid welfare recipients to find gainful employment. In support of this bill, Contractors are encouraged to hire welfare recipients whenever possible and to use welfare recipients in performance of duties on Government contracts.

**INCREASING SEAT BELT USE IN THE UNITED STATES:**
The President's Executive Order 13043 dated April 16, 1997, was issued to increase the use of seat belts in the United States. In support of this Order, contractors and subcontractors are encouraged to adopt and enforce on-the-job seat belt policies for their employees when operating company-owned, rented, or personally owned vehicles.

**OBTAINING BID DOCUMENTS:**
Bid documents **will not be** mailed. All bid documents are available for direct download from the Federal Business Opportunities (FBO) website:

**http://www2.eps.gov/spg/DOT/FHWA/71/postdatePrevDays_1.html**

or the Eastern Federal Lands Highway Division website:

**http://www2.efl.fhwa.dot.gov/Documents.aspx**

Contractors are encouraged to register on the FBO website (for this specific project) in order to receive Email Notifications automatically when a document is added or updated for this specific project. All questions about this construction project must be emailed to the following address:

**eflhd.contracts@fhwa.dot.gov**.

**THE CONTRACTOR IS SOLELY RESPONSIBLE FOR MONITORING THE WEB PAGES**

# NOTICE TO BIDDERS - (CONT'D.)

**NOTED ABOVE FOR ALL CHANGES TO THE SOLICITATION AND ACTING ON SAID CHANGES.**

**SELECTED DBE PROGRAM PROVISIONS FOR THE VIRGIN ISLANDS – DISADVANTAGED BUSINESS ENTERPRISE (DBE) PARTICIPATION IN USDOT ASSISTED CONTRACTS (EFLHD – ADMINISTERED CONTRACTS)**

**POLICY:**

It is the policy of the United States that small business concerns, including small disadvantaged business concerns, shall have the maximum practicable opportunity to participate in performing contracts. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, including small disadvantaged business concerns.

The Contractor hereby agrees, by signature on this Contract, to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration, the Federal Highway Administration (FHWA), or the Virgin Islands, as may be necessary to determine the extent of the Contractor's compliance with this policy.

**DBE PARTICIPATION/CONTRACT GOAL AND GOOD FAITH EFFORTS:**

For purposes of this Contract, the DBE subcontracting goal is **30** percent of the total contract amount, as determined by the Virgin Islands Department of Public Works with the concurrence of the Contracting Officer When the contract goal DBE participation is zero percent (0%), the contractor, if not an approved DBE, must still submit a small business subcontracting plan within 5 working days after bid opening to identifying all DBE's which the contractor intends to use on the project.

This Contract will be awarded only to the low responsive and responsible bidder who meets this goal or who demonstrates good faith efforts to do so. Failure to make a good faith effort is defined as willful or intentional failure to perform in accordance with the requirements of this Contract, or willful or intentional action to frustrate the achievement of the Subcontracting Plan, if applicable. Guidance on what constitutes good faith efforts is described in the Virgin Islands Department of Public Works' (VIDPW) approved DBE Program. Copies of the program can be obtained from the VIDPW's DBE Program Coordinator.

**TERMINATION / SUBSTITUTION / REPLACEMENT OF LISTED DBE FIRMS:**

The Prime contractor may not terminate for convenience a DBE subcontractor without the Contracting Officer's prior written consent. The prime contractor will be expected to identify an acceptable certified DBE subcontractor replacement in that event, or demonstrate good faith efforts to do so. This restriction does not prohibit termination for default or for failure to perform adequately. If a DBE subcontractor is unwilling or unable to perform the work of the commitment made to the prime contractor, the prime contractor shall immediately notify in writing the Contracting Officer, and request to be relieved of the commitment to use the named DBE.

**COUNTING DBE PARTICIPATION:**

When a DBE participates in a contract, only the value of the work actually performed by the DBE will be counted toward performance of the goal. The entire amount of that portion of a construction contract or other contract that is performed by the DBE's own forces will be credited. Included are

# NOTICE TO BIDDERS - (CONT'D.)

the costs of supplies and materials obtained by the DBE for the work of the contract (DBE manufacturer 100 percent of the cost of the materials or supplies may be counted & DBE regular dealer 60 percent of the cost of the materials or supplies), including supplies purchased or equipment leased by the DBE (except supplies and equipment the DBE subcontractor purchases or leases from the prime contractor or its affiliate). Credit will be allowed for the entire amount of fees or commissions charged by a DBE firm for providing a bona fide service, such as professional, technical, consultant, or managerial services, or for providing bonds or insurance specifically required for the performance of a USDOT-assisted contract. Credit will be allowed for fees considered reasonable and not excessive as compared with fees customarily allowed for similar services.

Credit to a DBE contractor will be allowed only if the DBE is performing a commercially useful function on the contract. A DBE performs a commercially useful function when it is responsible for execution of the work of the contract and is carrying out its responsibilities by actually performing, managing, and supervising the work involved.

When a DBE subcontracts part of the work of its contract to another firm, the value of the subcontracted work may be counted only if the DBE's subcontractor is itself a certified DBE. Work that a DBE subcontracts to a non-DBE firm does not count.

When a DBE performs as a participant in a joint venture, credit for a portion of the total dollar value of the contract equal to the distinct, clearly defined portion of the work of the contract that the DBE performs with its own forces will be allowed.

The Prime Contractor may not count the participation of a DBE subcontractor toward its DBE achievements or the overall goal until the amount being counted toward the goal has been paid to the DBE.

**PROMPT PAYMENT:**

This Contract includes Prompt Payment for Construction Contracts, which requires payment to the subcontractor for satisfactory performance under its subcontract not later than 7 days from receipt of payment from the United States for work performed by the subcontractor. If retainage is withheld the prime contractor shall be required to release such retainage to subcontractors within thirty (30) calendar days of satisfactory completion, i.e. according to the specifications, of the entire subcontractor's work.

**LIQUIDATED DAMAGES:**

If at the completion of the project, the prime contractor has failed to meet the established goal/commitment, or has not demonstrated good faith efforts to do so, the prime contractor shall be assessed liquidated damages for the difference between the established goal/commitment and the actual DBE participation achieved.

**RECORD KEEPING REQUIREMENTS:**

The Prime Contractor shall keep such records as necessary to ensure compliance with its DBE utilization obligations. The Prime contractor must retain all such records for at least three (3) years after project acceptance by the Contracting Officer following the completion of the contract. These records shall be available for inspection by the Virgin Islands Department of Public Works, the FHWA, the USDOT, or other appropriately sanctioned Virgin Islands State Agencies or Federal

## Section 101.—TERMS, FORMAT, AND DEFINITIONS

101.01. Delete the last paragraph.

## Section 102.—BID, AWARD, AND EXECUTION OF CONTRACT

102.04. Add the following:

Furnish documentary evidence as to the ownership and value of the assets pledged in support of the bond and details of the security interest in the assets by the individual sureties for the apparent low bidder within 14 calendar days after the opening of bids. Failure to submit evidence within the time required will be grounds for declaring the surety unacceptable.

In addition, the CO may, after reviewing the Affidavit of Individual Surety and documentary information on the security interest and the assets pledged, by certified mail to the surety's business or residence address (as shown on the bond), request the surety to provide further information and/or documents with respect to any of the documents provided. The CO may require such information to be furnished under oath. Failure of the surety to accept such mail, or failure of the surety to respond with the requested information or documents within 7 business days of receipt of the request, will be cause for rejection of the surety.

These requirements are in addition to the requirements in FAR Subpart 28.203, except where in conflict with the requirements in the FAR, in which case the FAR controls.

102.06. Add the following after the last paragraph:

Submit the documentary evidence for individual sureties at the same time as the Affidavit of Individual Surety and security interest in assets pledged. A Contractor submitting an unacceptable individual surety in satisfaction of a performance or payment bond before the issuance of the Notice to Proceed will be permitted one opportunity to substitute an acceptable surety or sureties within 7 business days of receipt of notification that the surety is unacceptable.

The Government's right to direct the substitution of sureties to ensure the continuing acceptability of the bonds during the performance of the Contract according to FAR Clause 52.228-2, Additional Bond Security, is not restricted.

These requirements are in addition to the requirements in FAR Subpart 28.203, except where in conflict with the requirements in the FAR, in which case the FAR controls.