BID BOND NO. TIPIOHE010308

# BID BOND

*(See instruction on reverse)*

DATE BOND EXECUTED *(Must not be later than bid opening date)*
January 03, 2008

OMB NO.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*
Tip Top Construction Corporation
5064 Est. Mt. Welcome
Christiansted, St. Croix USVI 00820

TYPE OF ORGANIZATION *("X" one)*
☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION
Virgin Islands

SURETY(IES) *(Name and business address)*
E.C. Scarborough, Individual Surety
191 Main Street Suite 200
Annapolis MD 21401

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | 1/10/2008 | DTFH71-08-B-00002 |
| 20% | 1 | 800 | 000 | 00 | FOR *(Construction, Supplies, or Services)* | Construction |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | [signature] (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | Percy J. Hollins, Jr., President | | | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | [signature] Connie F. Souleyrette, Attorney in Fact (Seal) | (Seal) |
| NAME(S) (Typed) | E.C. Scarborough, Individual Surety | |

**CORPORATE SURETY(IES)**

| SURETY A | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed $1,800,000.00 dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See Instructions on reverse)*

STATE OF
District of Columbia
COUNTY OF

SS. District of Columbia

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bonds, (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

1. NAME (First, Middle, Last) (Type or Print)
E.C. Scarborough

2. HOME ADDRESS (Number, Street, City, State, Zip Code)
6850 CR 544 E.
Haines City, FL. 33844

3. TYPE AND DURATION OF OCCUPATION
Individual Surety 3 years
Heavy Highway/General Construction 20 plus years

4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so state)
191 Main Street, Suite 200
Annapolis, MD 21401

5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any)

6. TELEPHONE NUMBER
Claims Office- 863-326-5557
BUSINESS- 410-268-7008

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND.
(a) Real estate include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment on the property. For market value approach, also provide a current appraisal.
N/A

(b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof
Certificate of Pledged Assets, attached hereto.
$1,800,000.00
Certificate of Pledged Assets Number:LCWV010308

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
None, as outlined within the attached Certificate of Pledged Assets.
Bond is not valid without Certificate of Pledged Assets.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT
No other Bonds have been pledged to the allocated portion of the assets which are the subject of the attached Certificate of Pledged Assets.

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED**

10. SIGNATURE
Connie F. Souleyrette
Connie F. Souleyrette, Attorney in Fact

11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where appropriate) DTFH71-08-B-00002
Bond No. TIPTOPBB010308

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

a. DATE OATH ADMINISTERED

| MONTH | DAY | YEAR |
|---|---|---|
| 01 | 03 | 2008 |

b. CITY AND STATE (Or other jurisdiction)
Haines City, FL

c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type of print)
Sharon M. White

d. SIGNATURE
Sharon M. White

e. MY COMMISSION EXPIRES
Jan. 23, 2009

Official Seal
NOTARY PUBLIC-STATE OF FLORIDA
Sharon M. White
Commission # DD389136
Expires: JAN. 23, 2009
Bonded Thru Atlantic Bonding Co., Inc.

OMB Control No. 2120-0595

(SF-28) FAA Template No. 16 (8/97)

## INSTRUCTIONS

E.C.S.

1. Individual sureties on bonds executed in connection with Government contracts, shall complete and submit this form with the bond. (See 48 CFR 28.203, 53.22B(e)). The surety shall have the completed form notarized.

2. No corporation, partnership, or other unincorporated associations or firms, as such, are acceptable as individual sureties. Likewise menders of a partnership are not acceptable as sureties on bonds which partnership or associations, or any co-partner or mender thereof is the principal obligor. However, stockholders of corporate principals are acceptable provided (a) their qualifications are independent of their stockholdings or financial interest therein, and (b) that the fact is expressed in the affidavit of justification. An individual surety will not include any financial interest in assets connected with the principal on the bond which this affidavit supports.

3. United States citizenship is a requirement for individual sureties. However, `only a permanent resident of the place of execution of the contract and bond is required for individual sureties in the following locations - any foreign country; the Commonwealth of Puerto Rico; the Virgin Islands; the Canal Zone; Guam; or any other territory or possession of the United States.

4. All signatures on the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g. an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

E.C.S.

# POWER OF ATTORNEY FOR E.C. SCARBOROUGH ON BEHALF OF THE SCARBOROUGH BOND AND GUARANTEE PROGRAM

6352 Cypress Gardens Blvd., Winter Haven, FL 33884 (863) 326-5557
www.ibcs.com

KNOW ALL MEN BY THESE PRESENTS that, E.C. SCARBOROUGH on behalf of the Scarborough Bond and Guarantee Program ("Principal"), hereby makes, constitutes and appoints:

CONNIE F. SOULEYRETTE

to be Principal's true and lawful attorney-in-fact ("Attorney-in-Fact"), for him and in his name, place and stead to deliver and acknowledge, for and on behalf of Principal, bonds, undertakings and contracts of suretyship giving and granting unto said Attorney-in-Fact full power and authority to do and to perform every act necessary, requisite or proper to be done in connection therewith as Principal could do, but reserving to Principal full power of substitution and revocation, and all of the acts of said Attorney-in-Fact, pursuant to these presents, are hereby ratified and confirmed.

That the signature of the Attorney-in-Fact, either original or facsimile, affixed to any such document relating to the purpose of this Power of Attorney as authorized herein shall be valid and binding upon the Principal with respect to any bond, undertaking or contract of suretyship to which it is attached.

The undersigned hereby ratifies and confirms all that said Attorney-in-Fact shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, the undersigned has executed this Limited Power of Attorney as of this 17 day of DEC, 2007.

By: [signature]
E.C. Scarborough

Specimen signature of Attorney-in-Fact:

[signature: Connie F. Souleyrette]
Connie F. Souleyrette

STATE OF FLORIDA )
COUNTY OF POLK )

Be it Known, That on the 17 day of December, 2007, before me, Sharon M White a Noary Public in and for the State of Florida, duly commissioned and sworn, appeared E.C. Scarborough who executed the within Power of Attorney, and he/she acknowledged the within Power of Attorney to by act and deed.

SWORN TO AND SUBSCRIBED before me this 17 day of DEC, 2007.

[signature: Sharon M. White]
SIGNATURE OF NOTARY PUBLIC
Printed Name Sharon M. White

Personally Known X Produced Identification ____

Type of Identification Produced: ____

NOTARY PUBLIC-STATE OF FLORIDA
Sharon M. White
Commission # DD389138
Expires: JAN. 28, 2009
Bonded Thru Atlantic Bonding Co., Inc.

RUB RECTANGLE WITH COIN TO VALIDATE – LINE MARK SECURITY – INDICATOR STAIN SECURITY – TONER GRIP SECURITY – RED RECTANGLE CHANGES COLOR WHEN RUBBED
ORIGINAL DOCUMENT PAPER

# CERTIFICATE OF PLEDGED ASSETS

**Effective Date: January 3, 2008**
**Pledge Number: LCWV010308**
**Name of Pledgee/Obligee: Department of Transportation, Federal Highway Administration**
**Reference: DTFH71-08-B-00002, St. John Roundabout, 9999(117)/Tip Top Construction Corporation**

BE IT KNOWN THAT, for value received, E.C. Scarborough, 6352 Cypress Gardens Blvd., Winter Haven, Florida 33884, ("Pledgor"), hereby pledges to **DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION** ("Pledgee/Obligee"), the following described assets in support of, and as collateral for, certain individual surety bond(s) identified below:

Description of Assets Pledged

An allocated portion of $191,350,000.00 of previously mined, extracted, stockpiled and marketable coal, located on the property of E.C. Scarborough, all of that certain lot or parcel of land in Kentucky District, Nicholas County, West Virginia, more particularly bounded and described as follows:

> Being at a point on the old rail road grade right-of-way and in Laurel Creek, where said right-of-way crosses Laurel Creek; thence, in an Easterly direction with said rail road grade right-of-way and corner to Mullens tract; thence, through Mullens tract and with Plum Creek Timberlands to a point between the two said permits; thence, in a Westerly direction to a point between mining permit R707 and R 644 and in Laurel Creek; thence, with Laurel Creek in a Northerly direction to the point of beginning, containing 115.41 acres more or less and being the entire acreage of permit R 707.

Identification of Individual Surety and Bond(s)

| | |
|---|---|
| Bond No(s): | TIPTOPBB010308 |
| Amount: | $1,800,000.00 |
| Individual Surety: | E.C. SCARBOROUGH |
| Principal: | TIP TOP CONSTRUCTION CORPORATION |
| Obligee: | DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION |
| Project: | DTFH71-08-B-00002, St. John Roundabout, 9999(117) |

It is further agreed that:

1. The Pledgor warrants and represents he has good title to the assets being pledged, that they are free from liens and encumbrances or prior pledge, and the Pledgor has full authority to transfer said assets as collateral in support of bonds.

2. That, during the term of this agreement, the Pledgor shall not assign or sell any rights to the pledged assets, or pledge the same assets to another pledgee.

3. The Pledgee understands acknowledges that fulfillment of this pledge is subject to a valid and final determination that the Principal cannot or will not accept the contract for performance of the project for which its bid or proposal has been submitted and the failure of individual surety to otherwise fulfill the obligations of the bid bond. Upon default of payment by the individual surety named above on the bid bond identified above, or breach of this pledge agreement, the Pledgee/Obligee or holder shall have full rights to foreclose on the above-described assets and exercise its rights as a secured party pursuant to Article 9 of the Uniform Commercial Code;

4. The Pledgor understands that, upon foreclosure, the pledged assets may be sold at public auction or public sale or otherwise. The Pledgor shall be provided reasonable notice of any said intended sale, and the Pledgor shall have full rights to redeem said assets at any time prior to said sale upon payment of the balance due hereunder.

5. Upon issuance of the contract to Principal for the Project for which the above-identified bid bond was submitted, this pledge agreement and all rights of any kind which Pledgee/Obligee has or may have under the pledge agreement and to the assets, shall be returned to the Pledgor and this pledge agreement shall be terminated.

6. This pledge shall be governed and construed in accordance with the laws of the State of Florida.

Pledgor

Connie F. Souleyrette

Connie F. Souleyrette
Attorney-in-Fact

*6352 Cypress Gardens Blvd., Winter Haven, FL 33884*
*863-326-5557 * 863-326-5539 Facsimile*

B- 1
Bid Schedule

Project: VI 9999(117)
ST. JOHN ROUNDABOUT

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 15101-0000 | MOBILIZATION<br>ALL | Lump sum | $ 705,000.00 |
| 15201-0000 | CONSTRUCTION SURVEY AND STAKING<br>ALL | Lump Sum | $ 40,000.00 |
| 15401-0000 | CONTRACTOR TESTING<br>ALL | Lump Sum | $ 35,000.00 |
| 15705-0100 | SOIL EROSION CONTROL SILT FENCE<br>120<br>LNFT | $ 25.00 | $ 3,000.00 |
| 15706-1000 | SOIL EROSION CONTROL, INLET PROTECTION<br>11<br>EACH | $ 1,200.00 | $ 13,200.00 |
| 15801-0000 | WATERING FOR DUST CONTROL (1000 gallons per mgal)<br>275<br>MGAL | $ 0.30 | $ 82,500.00 |
| 20103-0000 | CLEARING AND GRUBBING<br>58<br>SQYD | $ 250.00 | $ 14,500.00 |
| 20220-1000 | REMOVAL, INDIVIDUAL TREE<br>5<br>EACH | $ 4,500.00 | $ 22,500.00 |
| 20301-1400 | REMOVAL OF INLET<br>1<br>EACH | $ 1,500.00 | $ 1,500.00 |
| 20301-1700 | REMOVAL OF MANHOLE<br>2<br>EACH | $ 2,500.00 | $ 5,000.00 |
| 20301-2400 | REMOVAL OF SIGN<br>10<br>EACH | $ 200.00 | $ 2,000.00 |

B- 2

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 20301-2700 | REMOVAL OF STRUCTURE (TEXACO CANAOPY) | | |
| | 1 EACH | $ 18,000.00 | $ 18,000.00 |
| 20301-2700 | REMOVAL OF STRUCTURE (STAIRCASE) | | |
| | 4 EACH | $ 2,500.00 | $ 10,000.00 |
| 20301-3100 | REMOVAL OF UTILITY POLE | | |
| | 2 EACH | $ 1,500.00 | $ 3,000.00 |
| 20301-3400 | REMOVAL OF WHEELSTOP | | |
| | 20 EACH | $ 100.00 | $ 2,000.00 |
| 20302-0300 | REMOVAL OF CURB AND GUTTER, CONCRETE | | |
| | 745 LNFT | $ 25.00 | $ 18,625.00 |
| 20302-0700 | REMOVAL OF FENCE | | |
| | 22 LNFT | $ 15.00 | $ 330.00 |
| 20302-2100 | REMVOAL OF PIPE CULVERT | | |
| | 370 LNFT | $ 100.00 | $ 37,000.00 |
| 20302-2200 | REMOVAL OF SEWERLINE | | |
| | 395 LNFT | $ 75.00 | $ 29,625.00 |
| 20303-0300 | REMOVAL OF CONCRETE | | |
| | 515 SQYD | $ 250.00 | $ 128,750.00 |
| 20303-3200 | REMOVAL OF SIDEWALK, CONCRETE | | |
| | 244 SQYD | $ 125.00 | $ 30,500.00 |
| 20303-3600 | REMOVAL OF WALL | | |
| | 136 SQYD | $ 250.00 | $ 34,000.00 |
| 20304-5000 | REMOVAL OF BUILDING (TEXACO GAS STATION) | | |
| | ALL | Lump Sum | $ 45,000.00 |
| 20304-5000 | REMOVAL OF BUILDING (SCHOOL ANNEX ROOF CORNER) | | |
| | ALL | Lump Sum | $ 22,000.00 |

Bid Schedule A
Project: VI 9999(117)

B- 3

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 20401-0000 | ROADWAY EXCAVATION 5,900 CUYD | $ 100.00 | $ 590,000.00 |
| 20403-0000 | UNCLASSIFIED BORROW 1,030 CUYD | $ 150.00 | $ 154,500.00 |
| 20801-0000 | STRUCTURE EXCAVATION 500 CUYD | $ 135.00 | $ 67,500.00 |
| 20801-0000 | STRUCTURE EXCAVATION (UNDERPINNING) 444 CUYD | $ 250.00 | $ 111,000.00 |
| 30102-0300 | AGGREGATE BASE GRADING C, 8-INCH DEPTH 3,125 SQYD | $ 65.00 | $ 203,125.00 |
| 40301-0300 | HOT ASPHALT CONCRETE PAVEMENT, GRADING C 1,030 TON | $ 300.00 | $ 309,000.00 |
| 40301-0500 | HOT ASPHALT CONCRETE PAVEMENT, GRADING E 320 TON | $ 325.00 | $ 104,000.00 |
| 41102-0000 | PRIME COAT 430 GAL | $ 25.00 | $ 10,750.00 |
| 41202-0000 | TACK COAT 860 GAL | $ 30.00 | $ 25,800.00 |
| 41301-0600 | ASPHALT PAVEMENT MILLING, 2-INCH DEPTH 40 SQYD | $ 750.00 | $ 30,000.00 |
| 55201-0200 | STRUCTURAL CONCRETE, CLASS A (AE) 55 CUYD | $ 1,900.00 | $ 104,500.00 |
| 55201-0200 | STRUCTURAL CONCRETE, CLASS A (AE), STRUCTURES 236 CUYD | $ 1,900.00 | $ 448,400.00 |

Bid Schedule A
Project: VI 9999(117)

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 55201-1200 | STRUCTURAL CONCRETE, CLASS SEAL | | |
| | 163 CUYD | $ 1,900.00 | $ 309,700.00 |
| 55220-0000 | EXPANSION JOINTS | | |
| | 50 LNFT | $ 25.00 | $ 1,250.00 |
| 55401-1000 | REINFORCING STEEL | | |
| | 14,000 LB | $ 2.00 | $ 28,000.00 |
| 55601-0100 | BRIDGE RAILING, ALUMINUM HANDRAIL | | |
| | 41 LNFT | $ 325.00 | $ 13,325.00 |
| 55601-0100 | BRIDGE RAILING, ALUMINUM PEDESTRIAN RAILING | | |
| | 256 LNFT | $ 150.00 | $ 38,400.00 |
| 55601-0100 | BRIDGE RAILING, ALUMINUM WALL RAIL | | |
| | 89 LNFT | $ 325.00 | $ 28,925.00 |
| 60201-0500 | 15-INCH PIPE CULVERT | | |
| | 480 LNFT | $ 275.00 | $ 132,000.00 |
| 60201-0600 | 18-INCH PIPE CULVERT | | |
| | 130 LNFT | $ 325.00 | $ 42,250.00 |
| 60201-0800 | 24-INCH PIPE CULVERT | | |
| | 162 LNFT | $ 500.00 | $ 81,000.00 |
| 60401-0000 | MANHOLE | | |
| | 4 EACH | $ 17,500.00 | $ 70,000.00 |
| 60403-1700 | INLET, TYPE 6A | | |
| | 7 EACH | $ 6,500.00 | $ 45,500.00 |
| 60403-1900 | INLET, TYPE 6B | | |
| | 3 EACH | $ 7,500.00 | $ 22,500.00 |

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 60404-0000 | CATCH BASIN<br>11<br>EACH | $ 9,000.00 | $ 99,000.00 |
| 60405-0000 | MANHOLE ADJUSTMENT<br>1<br>EACH | $ 4,000.00 | $ 4,000.00 |
| 60413-0000 | TRENCH DRAIN<br>135<br>LNFT | $ 500.00 | $ 67,500.00 |
| 60504-0000 | GEOCOMPOSITE SHEET DRAIN SYSTEM<br>100<br>SQYD | $ 100.00 | $ 10,000.00 |
| 60901-1700 | CURB, CONCRETE, 18-INCH DEPTH<br>70<br>LNFT | $ 160.00 | $ 11,200.00 |
| 60902-0800 | CURB AND GUTTER, CONCRETE, 10-INCH DEPTH<br>280<br>LNFT | $ 140.00 | $ 39,200.00 |
| 60902-1000 | CURB AND GUTTER, CONCRETE, 12-INCH DEPTH<br>800<br>LNFT | $ 140.00 | $ 112,000.00 |
| 60905-1000 | GUTTER, CONCRETE (VALLEY)<br>331<br>LNFT | $ 100.00 | $ 33,100.00 |
| 60915-1000 | WHEELSTOP, CONCRETE<br>20<br>EACH | $ 750.00 | $ 15,000.00 |
| 61101-0000 | WATER SYSTEM<br>ALL | Lump Sum | $ 195,000.00 |
| 61201-0000 | SEWER SYSTEM<br>ALL | Lump Sum | $ 137,000.00 |
| 61501-0100 | SIDEWALK, CONCRETE<br>500<br>SQYD | $ 240.00 | $ 120,000.00 |
| 61505-1000 | ACCESSIBILITY RAMP, CONCRETE<br>7<br>EACH | $ 1,000.00 | $ 7,000.00 |

B- 6

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 62026-1000 | REMOVE AND RESET STONE MASONRY | | |
| | 32 SQYD | $ 750.00 | $ 24,000.00 |
| 62401-0300 | FURNISHING AND PLACING TOPSOIL, 4-INCH DEPTH | | |
| | 260 SQYD | $ 100.00 | $ 26,000.00 |
| 62502-0000 | TURF ESTABLISHMENT | | |
| | 260 SQYD | $ 150.00 | $ 39,000.00 |
| 63304-0900 | SIGNS, ALUMINUM PANELS, TYPE 3 SHEETING | | |
| | 390 SQYD | $ 100.00 | $ 39,000.00 |
| 63316-1000 | REMOVE AND RESET SIGN | | |
| | 1 EACH | $ 2,000.00 | $ 2,000.00 |
| 63401-1500 | PAVEMENT MARKINGS, TYPE H, SOLID | | |
| | 1,750 LNFT | $ 15.00 | $ 26,250.00 |
| 63403-0800 | PAVEMENT MARKINGS, TYPE H | | |
| | 330 SQFT | $ 30.00 | $ 9,900.00 |
| 63501-0000 | TEMPORARY TRAFFIC CONTROL | | |
| | ALL | Lump Sum | $ 95,000.00 |
| 63501-2000 | TEMPORARY TRAFFIC CONTROL, TRAFFIC SIGNAL SYSTEM | | |
| | ALL | Lump Sum | $ 65,000.00 |
| 63502-1500 | TEMPORARY TRAFFIC CONTROL, WARNING LIGHT TYPE A | | |
| | 4 EACH | $ 500.00 | $ 2,000.00 |
| 63502-2100 | TEMPORARY TRAFFIC CONTROL, CRASH CUSHION | | |
| | 2 EACH | $ 3,500.00 | $ 7,000.00 |
| 63502-2700 | TEMPORARY TRAFFIC CONTROL, REPLACEMENT CARTRIDGES FOR CRASH CUSHION | | |
| | 2 EACH | $ 3,500.00 | $ 7,000.00 |
| 63503-0400 | TEMPORARY TRAFFIC CONTROL, CONCRETE BARRIER | | |
| | 360 LNFT | $ 150.00 | $ 54,000.00 |

Bid Schedule A
Project: VI 9999(117)

| Pay Item No. | Estimated Quantity | Unit Bid Price | Amount Bid |
|---|---|---|---|
| 63503-0500 | TEMPORARY TRAFFIC CONTROL, MOVING CONCRETE BARRIER | | |
| | 600 LNFT | $ 300.00 | $ 180,000.00 |
| 63503-1000 | TEMPORARY TRAFFIC CONTROL, PLASTIC FENCE | | |
| | 1,430 LNFT | $ 15.00 | $ 21,450.00 |
| 63507-0500 | TEMPORARY TRAFFIC CONTROL, FLAGGER | | |
| | 50 DAY | $ 97.00 | $ 4,850.00 |
| 63507-0800 | TEMPORARY TRAFFIC CONTROL, PORTABLE CHANGEABLE MESSAGE SIGN | | |
| | 56 DAY | $ 600.00 | $ 33,600.00 |
| 63601-2000 | SYSTEM INSTALLATION, LIGHTING | | |
| | ALL | Lump Sum | $ 175,000.00 |
| 63601-3000 | SYSTEM INSTALLATION, ELECTRICAL | | |
| | ALL | Lump Sum | $ 225,000.00 |
| 63601-3100 | STYSTEM INSTALLATION, TELEPHONE | | |
| | ALL | Lump Sum | $ 155,000.00 |
| 63601-3200 | SYSTEM INSTALLATION, CABLE TELEVISION | | |
| | ALL | Lump Sum | $ 95,000.00 |
| 63701-0000 | FIELD OFFICE | | |
| | 1 EACH | Lump Sum | $ 30,000.00 |
| 64604-1000 | FIXTURE, HANDRAIL (RT10E-RT104 SIDEWALK) | | |
| | 150 LNFT | $ 200.00 | $ 30,000.00 |
| 64820-0100 | REMOVE AND RESET PROPANE TANK | | |
| | ALL | Lump Sum | $ 12,000.00 |

**TOTAL** $ 6,482,505.00

Submitted by: **TIP TOP CONSTRUCTION CORPORATION**
Name of Bidder

Bid Schedule A
Project: VI 9999(117)

B-8

**BID SUMMARY**

Project: VI 9999(117)

(Complete for Pages B-1 through B-7)

**(1) Schedule A Bid Total (from Page B-7)** $6,482,505.00

**Contract Administrative Cost**

Number of calendar days necessary to complete all Schedule A work from Notice to Proceed (or date specified in the Notice to Proceed) to completion of Schedule A.

**(2) 300 calendar days x $2,700 per calendar day =** $810,000.00

**Total Price of Project**

| | | |
|---|---|---|
| | (1) Bid Total for Schedule A....................................................(1) | $6,482,505.00 |
| + | (2) Contract Administrative Cost for Schedule A..........................(2) | $810,000.00 |
| = | **TOTAL PRICE OF PROJECT** | **$ $7,292,505.00** |

| | Yes | No |
|---|---|---|
| Does the Bidder claim the Price Evaluation Preference for HUBZone Small Business Concerns as defined in FAR Clause 52.219-4? | [X] | [ ] |