Contracting

## Eastern Federal Lands Highway Division
## Results of Bid Opening

Print this page

Project: ST. JOHN ROUNDABOUT 9999(117) VI 9999(117)
Location: ST. JOHN, VI
Solicitation: DTFH71-08-B-00002
Bid Opening: Thursday, January 10, 2008, 1000 AM, local time.

| Bidder | | Schedule A |
|---|---|---|
| TIP TOP CONSTRUCTION<br>5064 MOUNT WELCOME<br>CHRISTIANSTED, VI 00820-4672 | Bid Total | $6,482,505.00 |
| | Amount Over/Under Eng. Est. | $1,082,505.00 |
| | Percent Over/Under Eng. Est. | 20.0% |
| | Calendar Days | 300 |
| | Total Price (Admin cost added) | $7,292,505.00 |
| ISLAND ROADS CORPORATION<br>6501 RED HOOK PLAZA<br>ST. THOMAS, VI 00802-1306 | Bid Total | $6,929,380.00 |
| | Amount Over/Under Eng. Est. | $1,529,380.00 |
| | Percent Over/Under Eng. Est. | 28.3% |
| | Calendar Days | 675 |
| | Total Price (Admin cost added) | $8,751,880.00 |
| GEC INC<br>P.O. BOX 1656 KINGSHILL<br>ST CROIS, VI 851 | Bid Total | $7,950,000.00 |
| | Amount Over/Under Eng. Est. | $2,550,000.00 |
| | Percent Over/Under Eng. Est. | 47.2% |
| | Calendar Days | 675 |
| | Total Price (Admin cost added) | $9,772,500.00 |

| | | Schedule A |
|---|---|---|
| Engineers Estimate | Engineers Total | $5,400,000.00 |
| | Total Days | 675 |
| | Per Day Admin Price | $2,700.00 |
| | Engineers Estimate with Admin | $7,222,500.00 |