**From:** Schaad, Peggy [mailto:Peggy.Schaad@fhwa.dot.gov]
**Sent:** Monday, January 28, 2008 12:11 PM
**To:** joe@tiptopvi.com
**Subject:** Concerns about your bid
**Importance:** High

Joe,

EFLHD is very concerned that your bid includes a proposal to perform all work of the contract within 300 calendar days. Please note that you were required to bid in calendar days - from the date of the Notice to Proceed to the date of Final Acceptance - not working days. The Independent Government Estimate (IGE) calculated that 675 calendar days were necessary for the work to be performed, and the other bidders' proposed days to perform are similar to the IGE. There are special provisions located within the Special Contract Requirements in Section 156.03 "Public Traffic" and Section 107.02 "Legal Relations and Responsibility to the Public" that limit when construction can be performed that will impact your proposed schedule and that will be strictly enforced. In order to determine if your proposed days are consistent with these requirements, the EFLHD is directing you to provide a construction schedule (CPM) with a written explanation of how you will perform the work within the limitations of the contract and specifically how you plan to accomplish this project in the short time frame with the heavy volume of traffic. Please be aware, if your bid is accepted, the calendar days in your bid package becomes the required period for contract performance of this project, and any performance past that time will result in liquidated damages per day being charged to your company. Please provide your schedule within 5 business days of your receipt of this notice. Please address all comments to:

**Peggy L. Schaad**

**Contract Specialist/Officer**

**Federal Highway Administration**

**Eastern Federal Lands Highway Division**

**21400 Ridgetop Circle**

**Sterling, VA 20166-6511**

**Phone: 571-434-1596**

**Fax: 571-434-1551**

**EFLHD.Contracts@fhwa.dot.gov**