**From:** Peffer, Wanda [mailto:Wanda.Peffer@fhwa.dot.gov]
**Sent:** Monday, February 11, 2008 5:04 PM
**To:** joe@tiptopvi.com
**Cc:** Peffer, Wanda; Lowe, Joanne <FHWA>
**Subject:** VI 9999(117)
**Importance:** High

Mr. Hollins

We received your information on Monday February 4, 2008 and reviewed the information and we require further clarification.

Please provide the following information regarding your construction schedule:

- Please provide your crew size and how many crews you will be using for this project.

- Your workday schedule (i.e. Working a seven day week and how many hours a day.)

- Please provide a Construction Schedule listing the sequence of work in the Critical Path.

Please provide this information to us by COB Thursday, February 14, 2008.

Thank you

*Wanda A. Peffer*

*Acquisition Team Leader*