**From:** Joe Hollins [mailto:joe@tiptopvi.com]
**Sent:** Monday, February 11, 2008 5:57 PM
**To:** 'Peffer, Wanda'
**Cc:** Deborah; 'Joanne.Lowe@fhwa.dot.gov'
**Subject:** RE: VI 9999(117)

Wanda Peffer:

We are in receipt of your queries on the subject draft schedule previously submitted by Tip Top for VI9999(117). We will begin addressing the clarifications you have requested immediately and will try to meet your proposed deadline. Please keep in mind that the draft schedule we submitted is not the final schedule and the final schedule which will be submitted to FHWA for approval could vary from the draft. The draft schedule is merely a preliminary schedule that Tip Top utilized during the estimating process in order to determine, activity durations, the most appropriate means and methods, optimum required resources, phase and stage coordination and equipment and man hours. In addition, the preparation of the final schedule will require Tip Top to utilize significant and costly resources to develop and coordinate the final and exact critical path which we are not willing to do prior to a binding commitment from FHWA awarding this project to Tip Top.

In conclusion, the draft schedule does have a functioning critical path and full task logic for all the required activities necessary to complete the project as currently specified and staged. If you should require any additional information pertaining to Tip Top's draft schedule beyond what you have previously requested, please do not hesitate requesting it at your convenience. Thank you in advance for your consideration.

Joe Hollins' response above

http://www.tiptopvi.com/

**From:** Peffer, Wanda [mailto:Wanda.Peffer@fhwa.dot.gov]
**Sent:** Monday, February 11, 2008 5:04 PM
**To:** joe@tiptopvi.com
**Cc:** Peffer, Wanda; Lowe, Joanne <FHWA>
**Subject:** VI 9999(117)
**Importance:** High