U.S. Department of Transportation
Federal Highway Administration

Eastern Federal Lands Highway Division

21400 Ridgetop Circle
Sterling, VA 20166-6511

FEB 19 2008

In Reply Refer to: HFAC-15

**SENT VIA FEDERAL EXPRESS**

Percy J. Hollins, Jr., President
Tip Top Construction Corporation
5064 Mt. Welcome
Christiansted, St. Croix, USVI 00820

Subject: FHWA, EFLHD IFB No. DTFH71-08-B-00002

Dear Mr. Hollins:

We have reviewed the Bid Bond submitted with your Bid in response to the subject Invitation for Bid and find it to be inadequate. It does not meet the requirements of the Federal Acquisition Regulations (FAR) for an Individual Surety at Section 28.203. Individual Surety Bonds must be supported by acceptable assets, as listed in the FAR. Acceptable assets include cash, United States Government securities, stocks and bonds that are actively traded, real property owned in fee simple, and irrevocable letters of credit. Speculative assets - which would include marketable coal - are specifically excluded by Subsection 28.203-2(c)(7).

Your bid is hereby rejected in accordance with FAR Section 14.404-2(i), failure to furnish a bid guarantee in accordance with the requirements of the invitation for bids. We are enclosing your bid bond. If you have any questions, you may contact me at 703-404-6205. Your interest in the project is appreciated.

Sincerely yours,

Wanda A. Peffer

Wanda A. Peffer
Contracting Officer

Enclosure

MOVING THE AMERICAN ECONOMY