From: "Kenneth Kilgour" <KilgourK@gao.gov>
To: <mgordon202@aol.com>, "Julia Perry" <Julia.Perry@fhwa.dot.gov>, "Dennis ...
Date: 4/10/2008 10:40 AM
Subject: RE: B-311305 Tip Top Construction -- conference call at 3:00PM this afternoon

Thank you all for getting back to me. The conference call is on for 3:00 this afternoon. I estimate that the call will take from 30 minutes to an hour; I would be surprised if it ran longer than that.

We will be discussing the only issue in the case, the reasonableness of the agency's decision to reject the protester's bid because of the inadequacy of the bid bond.

I will call the parties at 3:00. If I should use a different telephone number than the one that I have, please let me know.

Ken

Kenneth Kilgour
Senior Staff Attorney
Office of General Counsel
US Government Accountability Office
Room 7X13
(202) 512-6969
(202) 512-8316 FAX

>>> "Perry, Julia" <Julia.Perry@fhwa.dot.gov> 4/10/2008 10:28 AM >>>
I apologize for not responding sooner. One of the senior officers of this Office died yesterday, so we moved the conference back to the Sterling Office so the Branch Leaders could be available for their staff. I will be going into a meeting at 11 this morning, but can come out to be available for a call anytime today or tomorrow. If you can't reach me, please call the secretary at 703-948-1430, and she will get me out of the meeting.

-----Original Message-----
From: Kenneth Kilgour [mailto:KilgourK@gao.gov]
Sent: Thursday, April 10, 2008 9:24 AM
To: mgordon202@aol.com; Perry, Julia; Dennis Ehlers; Larry Schor
Subject: RE: B-311305 Tip Top Construction -- conference call

Folks-

I would like to schedule a call for as soon as possible. I am available any time today.

Would you let me know the times that you are not available today? Tomorrow morning is the alternative.

Thanks-

Ken

Kenneth Kilgour
Senior Staff Attorney
Office of General Counsel
US Government Accountability Office
Room 7X13
(202) 512-6969
(202) 512-8316 FAX

>>> "Perry, Julia" <Julia.Perry@fhwa.dot.gov> 4/9/2008 3:02 PM >>>
I apologize for communicating by email, I am in a conference. The Agency has gotten agreement from the proposed awardee to extend the availability of its bid through April 16. If the Agency has not received a Decision from the Comptroller General by that date, the

Agency will have to consider whether to authorize award prior to a Decision, per 31 USC 3553. I would recommend a conference call on the morning of the 16th.

-----Original Message-----
From: Kenneth Kilgour [mailto:KilgourK@gao.gov]
Sent: Wed 4/9/2008 1:45 PM
To: mgordon202@aol.com; Perry, Julia; Dennis Ehlers; Larry Schor

Cc:
Subject: RE: B-311305 Tip Top Construction

Julia-

I am not unaware of the burden that this puts on the agency, which is why, if the agency would like to comment on the surety's filing, I am likely to take that comment via teleconference. That's the quickest way.

Moreover, as I told Dennis today when he called, I am in the process of drafting this decision even as I write this email. I won't have it completed by Friday, but it will be as far along as it can be without the input of the surety, safely assuming that I get the protester's comments today.

Ken

Kenneth Kilgour
Senior Staff Attorney
Office of General Counsel
US Government Accountability Office
Room 7X13
(202) 512-6969
(202) 512-8316 FAX

>>> "Perry, Julia" <Julia.Perry@fhwa.dot.gov> 4/9/2008 1:25 PM
>>>

I am disappointed by this continuing delay, which puts a significant burden on the Government regarding award of the Project, but I abide by the decision of the Comptroller General.

-----Original Message-----
From: Kenneth Kilgour [mailto:KilgourK@gao.gov]
Sent: Wed 4/9/2008 12:11 PM
To: mgordon202@aol.com; Perry, Julia; Dennis Ehlers;
Larry Schor

Cc:
Subject: B-311305 Tip Top Construction

Dennis Ehlers and Larry Schor of McManus, Schor, Asmar, & Darden LLP are counsel for the surety in this protest. While the surety does not qualify as an intervenor, this Office may take comments from any party who might have something useful to offer the record.

I have granted the surety until close of business Friday to submit comments. If the agency wishes to respond, I may elect to conduct the final record development by means of a conference call.

Please contact me with any questions.

Thanks-

Ken

Kenneth Kilgour
Senior Staff Attorney
Office of General Counsel
US Government Accountability Office
Room 7X13
(202) 512-6969
(202) 512-8316 FAX

**Subject:** RE: B-311305 Tip Top Construction
**Date:** 4/9/2008 3:03:20 P.M. Eastern Daylight Time
**From:** Julia.Perry@fhwa.dot.gov
**To:** KilgourK@gao.gov, mgordon202@aol.com, DEhlers@msadlaw.com, LSchor@msadlaw.com
*Sent from the Internet (Details)*

I apologize for communicating by email, I am in a conference. The Agency has gotten agreement from the proposed awardee to extend the availability of its bid through April 16. If the Agency has not received a Decision from the Comptroller General by that date, the Agency will have to consider whether to authorize award prior to a Decision, per 31 USC 3553. I would recommend a conference call on the morning of the 16th.

-----Original Message-----
From: Kenneth Kilgour [mailto:KilgourK@gao.gov]
Sent: Wed 4/9/2008 1:45 PM
To: mgordon202@aol.com; Perry, Julia; Dennis Ehlers; Larry Schor
Cc:
Subject: RE: B-311305 Tip Top Construction

Julia-

I am not unaware of the burden that this puts on the agency, which is why, if the agency would like to comment on the surety's filing, I am likely to take that comment via teleconference. That's the quickest way.

Moreover, as I told Dennis today when he called, I am in the process of drafting this decision even as I write this email. I won't have it completed by Friday, but it will be as far along as it can be without the input of the surety, safely assuming that I get the protester's comments today.

Ken

Kenneth Kilgour
Senior Staff Attorney
Office of General Counsel
US Government Accountability Office
Room 7X13
(202) 512-6969
(202) 512-8316 FAX

>>> "Perry, Julia" <Julia.Perry@fhwa.dot.gov> 4/9/2008 1:25 PM >>>
I am disappointed by this continuing delay, which puts a significant burden on the Government regarding award of the Project, but I abide by the decision of the Comptroller General.

-----Original Message-----
From: Kenneth Kilgour [mailto:KilgourK@gao.gov]
Sent: Wed 4/9/2008 12:11 PM
To: mgordon202@aol.com; Perry, Julia; Dennis Ehlers; Larry Schor
Cc:
Subject: B-311305 Tip Top Construction

Dennis Ehlers and Larry Schor of McManus, Schor, Asmar, & Darden LLP are counsel for the surety in this protest. While the surety does not qualify as an intervenor, this Office may take comments from any party who might have something useful to offer the record.

I have granted the surety until close of business Friday to submit comments. If the agency wishes to respond, I may elect to conduct the final record development by means of a conference call.

Please contact me with any questions.

Thanks-

Ken

Kenneth Kilgour
Senior Staff Attorney
Office of General Counsel
US Government Accountability Office
Room 7X13
(202) 512-6969
(202) 512-8316 FAX