Page 1 of 1

Subj: **B-311305**
Date: 4/16/2008 6:04:04 P.M. Eastern Daylight Time
From: Julia.Perry@fhwa.dot.gov
To: KilgourK@gao.gov, Mgordon202@aol.com
CC: Wanda.Peffer@fhwa.dot.gov, Peggy.Schaad@fhwa.dot.gov

This is to notify the Comptroller General and the Protester that the Government has decided to exercise its authority under Title 4, Code of Federal Regulations, Part 21.6, citing to Title 31, United States Code, Section 3553, to make a determination, by means of a written finding signed by the head of the procuring activity, that urgent and compelling circumstances which significantly affect interests of the United States will not permit waiting for the decision of the Comptroller General. Award of the Contract will be made today. Notice to Proceed will be delayed until the Decision of the Comptroller General has been issued in the subject Protest so that the rights of the Protester are preserved.