Energy Information Administration
Official Energy Statistics from the U.S. Government

Glossary

Search

Home > Coal > Coal News and Markets

# Coal News and Markets

*Data for: March 28, 2008*
*Report Released: March 31, 2008*
*Next Release Date: April 07, 2008*

The following average spot coal prices appear in the graphic below, for the previous and most recent weeks:
(Dollars per Short Ton)

| Week Ended | Central Appalachia 12,500 Btu, 1.2 SO2 | Northern Appalachia 13,000 Btu, <3.0 SO2 | Illinois Basin 11,800 Btu, 5.0 SO2 | Powder River Basin 8,800 Btu, 0.8 SO2 | Uinta Basin 11,700 Btu, 0.8 SO2 |
|---|---|---|---|---|---|
| 15-Feb-08 | $66.95 | $70.00 | $46.80 | $13.10 | $33.00 |
| 22-Feb-08 | $84.30 | $70.00 | $46.80 | $13.10 | $33.00 |
| 29-Feb-08 | $84.30 | $78.00 | $46.80 | $14.05 | $40.00 |
| 07-Mar-08 | $84.30 | $80.00 | $46.80 | $14.35 | $40.00 |
| 14-Mar-08 | $84.30 | $80.00 | $52.00 | $14.05 | $40.00 |
| 20-Mar-08 | $84.35 | $80.00 | $52.00 | $14.20 | $40.00 |
| 28-Mar-08 | $85.80 | $110.00 | $52.00 | $14.55 | $40.00 |

- Average Weekly Coal Commodity Spot Prices
- U.S. Monthly Coal Production
- 12-Month Eastern Coal Production Trends
- Electric Power Sector Coal Stocks
- Average Cost of Metallurgical Coal

Average Weekly Coal Commodity Spot Prices
Business Week Ended March 28, 2008




**Key to Coal Commodities by Region**[1]

| | |
|---|---|
| Central Appalachia: | Big Sandy/Kanawha 12,500 Btu, 1.2 lbSO2/mmBtu |
| Northern Appalachia: | Pittsburgh Seam 13,000 Btu, <3.0 lbSO2/mmBtu |
| Illinois Basin: | 11,800 Btu, 5.0 lb SO2/mmBtu |
| Powder River Basin: | 8,800 Btu, 0.8 lb SO2/mmBtu |
| Uinta Basin in Colo.: | 11,700 Btu, 0.8 lb SO2/mmBtu |

[1] Coal prices shown are for a relatively high-Btu coal selected in each region, for delivery in the "prompt quarter." The prompt quarter is the quarter following the current quarter. For example, from January through March, the 2nd quarter is the prompt quarter. Starting on April 1, July through September define the prompt quarter.
**Source:** with permission, selected from listed prices in Platts Coal Outlook, "Weekly Price Survey."
**Note:** the historical data file of spot prices is proprietary and cannot be released by EIA; see http://www.platts.com/Coal/. >Analytic Solutions>COALdat, or >Newsletters> Coal Outlook.

Back to Top




Note: This graph is based on MSHA-based final data all four quarters of 2006, revised production data from MSHA for January through December 2007 and preliminary EIA production estimates for January through February 2008.

Back to Top




| | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Feb-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Northern App | 11.9 | 12.3 | 10.5 | 11.2 | 11.2 | 10.3 | 11.5 | 10.0 | 11.9 | 11.4 | 10.7 | 12.3 | 11.8 |
| Central App | 18.0 | 20.1 | 18.4 | 19.4 | 19.6 | 17.5 | 19.8 | 17.3 | 19.3 | 18.6 | 17.7 | 19.3 | 18.3 |
| Illinois Basin | 8.1 | 9.0 | 7.7 | 8.2 | 8.2 | 7.6 | 8.5 | 7.5 | 8.6 | 8.4 | 8.0 | 8.9 | 8.6 |

Note: 2007 and 2008 data are preliminary.
(Million Short Tons)

Note: January-February 2008 are initial estimates. January-December 2007 data are revised. All revisions are based on Mine Safety and Health Administration (MSHA) quarterly mine-level surveys. All 2006 data are final, based on MSHA's end-of-year final survey of all quarters' data.

Back to Top




Back to Top




Download Met Coal data files. (Excel Format)

Back to Top

## Previous Coal News and Markets Reports

**Contact:**
Fred Freme

Phone: 202 - 586-1251
E-Mail: Fred Freme
Fax: 202 - 287-1944

**Contact:**
William Watson
Phone: 202- 586-1707
E-Mail: William Watson
Fax: 202 - 287-1944

Contact Us • Feedback • Privacy/Security • Careers • About EIA
Fedstats • USA.gov • Dept. of Energy