*Alliance Consulting, Inc.*
*Engineers • Constructors • Scientists*

ORIGINAL

# LIMITED SCOPE ESTIMATION OF RECOVERABLE SEWELL COAL TONNAGE

# FROM THE COAL REFUSE DISPOSAL FACILITY IDENTIFIED AS PERMIT NO. R-707

# NICHOLAS COUNTY, WEST VIRGINIA

*Prepared for*

**IBCS MINING CORP.**
**6352 CYRUS GARDENS BLVD.**
**WINTER HAVEN, FL 33884**

**ALLIANCE PROJECT NO. B08-106-1607**
**MARCH 2008**

**Summersville, WV**
North Side Professional Building
702 Professional Park Drive, Suite A
Summersville, WV 26651
Telephone: (304) 883-2360
Fax: (304) 883-2361

**Beckley, WV**
Raleigh County Airport Industrial Park
124 Philpott Lane
Beaver, WV 25813-9502
Telephone: (304) 255-0491
Fax: (304) 255-4232

**Canonsburg, PA**
151 East Pike Street
Canonsburg, PA 15317
Telephone: (724) 745-3630
Fax: (724) 745-3631

# LIMITED SCOPE ESTIMATION OF RECOVERABLE SEWELL COAL TONNAGE

# FROM THE COAL REFUSE DISPOSAL FACILITY IDENTIFIED AS PERMIT NO. R-707

# NICHOLAS COUNTY, WEST VIRGINIA

*Prepared for*

**IBCS MINING CORP.**
**6352 CYRUS GARDENS BLVD.**
**WINTER HAVEN, FL 33884**

**ALLIANCE PROJECT NO. B08-106-1607**
**MARCH 2008**

Alliance Consulting, Inc.
*Engineers · Constructors · Scientists*

March 31, 2008

Project No. B08-106-1607

Mr. Ed Scarborough
**IBCS MINING CORP.**
6352 Cyprus Gardens Blvd.
Winter Haven, FL 33884

Limited Scope Estimation Of Recoverable Sewell Coal Tonnage
From The Coal Refuse Disposal Facility Identified As Permit No. R-707
Nicholas County, West Virginia

Dear Mr. Scarborough:

Alliance Consulting, Inc. (Alliance) has reviewed various documents provided to us in regard to the historical placement of Sewell seam refuse and the potential future recovery of coal from this material on the area identified as Permit No. R-707 by the West Virginia Department of Environmental Protection's (WVDEP) Division of Mining and Reclamation. No exploratory drilling, testing of refuse from the specific area of proposed reprocessing, or volumetric calculations of actual in-place material have been provided for Alliance's use in this project.

Instead, Alliance has been provided with an affidavit (dated March 3, 2008) from Mr. Barry L. Mullens, an engineer with Sewell Coal Company, in which he attests to the tonnage of coal refuse material placed within the subject refuse disposal area during the time period of his familiarity, encompassing the years of 1962 to 1987. From a Sewell seam coal refuse disposal area reported in close proximity to the proposed reprocessing site, and also reported to have originated from the same mines (Sewell Mine Nos. 1 and 4) and processing plant as the Permit No. R-707 material, Gauley Eagle Holdings, Inc. (Gauley Eagle) has furnished copies of laboratory analytical reports by Central Testing, Inc. (CTI) and Gallagher Coal Research Center, Inc. (Gallagher) regarding the ratio of recoverable coal from the refuse area where Gauley Eagle has performed sampling/testing.

It is Alliance's understanding that prior to purchase by IBCS Mining Corp. (IBCS), the R-707 coal refuse disposal facility was owned by Mr. Mullens, and that he is presently the land owner of the site upon which Gauley Eagle has expressed an interest and subsequently has had the aforementioned sampling/testing performed. Reportedly, the site of Gauley Eagle's evaluation was the first (oldest) area of coal refuse disposal from the processing of tonnage originating from

the Sewell Mine Nos. 1 and 4. Later on, as the need for a larger area for disposal was required, the coal refuse disposal operations were moved onto the Permit No. R-707 facility.

Mr. Mullens' affidavit is submitted within Appendix A, and the data from Gauley Eagle appears in Appendix B. In Appendix C, a letter from Mr. Theodore Sohnen of Sohnen Coal Sales, Inc. (Sohnen Coal) is presented, wherein Mr. Sohnen states that his firm is "looking at a price FOB truck at plant of $79 per net ton", for the Sewell coal from IBCS' upcoming production from re-mining the Permit No. R-707 refuse facility.

The aforementioned documents are the data upon which Alliance has relied for preparing this estimation of coal tonnage that may prospectively be recovered during re-mining of the abandoned coal refuse disposal facility designated as Permit No. R-707. Alliance's work scope and subsequent work product are limited to the reliability of the data provided to us from the various sources noted herein.

Discussion Of Data

The notarized affidavit completed by Mr. Mullens attests that he was an engineer for Sewell Coal Company from 1971 to 1987; and, for the time period spanning from 1962 to 1987, he estimates that 13 million tons of Sewell seam coal refuse was placed within the Permit No. R-707 refuse disposal facility. Mr. Mullens further attests that the tonnage quoted is the remnant material disposed following attainment of 50% coal recovery from the processing of raw Sewell tonnage mined. Mr. Mullens also states that 500,000 tons of slurry was pumped into the impoundment of the subject refuse facility.

Gauley Eagle's laboratory analytical data are reported to result from excavated coal refuse placed in close proximity to R-707, and originating from the same mine(s) and processing facility as provided the material existing on the Permit No. R-707 site. It is Alliance's understanding that these data stem from both small grab samples at refuse excavations as well as larger truck-load size volumes taken for greater scale testing on behalf of Gauley Eagle. Alliance acknowledges 10 data sets of analyses, but we have excluded two (2) that appear to be extraordinarily high recovery rates. The excluded data sets are identified as Sample Identification (ID) Nos. "1A Lump" and "Hole #8", wherein float recoveries at specific gravity 1.50 were reported as 86.02 % and 51.03 % respectively. The data sets utilized by Alliance, and also consistent with the 1.50 specific gravity for float material recovery, are as follows and also appear in Appendix B:

- Sample ID No. "4D", with 26.36 %;
- Sample ID No. "Hole #5", with 21.71 %;
- Sample ID No. "Hole #6", with 16.60 %;
- Sample ID No. "1A", with 32.44 %;
- Sample ID No. "2B", with 28.05 %;
- Sample ID No. "2B Channel", with 27.28 %; and,

- Two (2) samples labeled as "Panther Creek Refuse", one with 23.98 % and the other at 22.81 %.

With the exception of the samples denoted as "Panther Creek Refuse", the analyses were performed by CTI between March and December 2006. The samples labeled "Panther Creek Refuse" had analyses by Gallagher in January 2008.

<u>Interpretation Of Data</u>

From discussions with IBCS, it is Alliance's understanding that IBCS intends to reprocess the coal refuse material now existing within the R-707 permit area, and the resultant coal recovered is presently intended to be trucked to a river barge load-out facility for shipment to clientele of Sohnen Coal.

Based upon the coal recovery data from the aforementioned CTI and Gallagher analyses, Alliance has calculated an arithmetic average coal recovery of 24.9 % at 1.50 specific gravity regarding Gauley Eagle's coal refuse material. Similarly, Alliance has calculated a geometric mean coal recovery of 24.5 % at the given float. For conservativeness, Alliance will use the 24.5% geometric mean as the value for approximating a recovery for the Permit No. R-707 refuse area. This value is based upon limited information that may or may not be indicative of actual recovery values IBCS may encounter during reprocessing of the Sewell coal refuse at their location.

Applying the presumed 24.5 % coal recovery value to Mr. Mullens' estimate of 13,500,000 tons of gross coal refuse material placed in the R-707 facility equates to a prospective 3,307,500 tons of recoverable coal. Assuming the $79 per net ton price as expressed in Mr. Sohnen's letter, dated February 29, 2008, the potential gross value of the recoverable coal may be approximately $261,000,000. Obviously, this value would be reduced by production, processing, transportation and other costs, such as permitting, equipment, labor and materials, reclamation, trucking, etc.

<u>Summary And Closing</u>

Based upon the limited information presently available, IBCS has requested Alliance to prepare an estimate of the coal tonnage that may be potentially recovered from the reprocessing of an abandoned coal refuse disposal facility that is identified as having Permit No. R-707 issued by the WVDEP. All data used by Alliance has been provided to us by Mr. Mullens and Gauley Eagle, and our authorized work scope did not budget for any subsurface exploration, confirmatory material sampling or testing, or the verification of the volume of refuse material within the study area. Furthermore, it was not within our work scope to address the coal quality, but rather to estimate the prospective quantity of coal that may be recovered from the R-707 refuse disposal facility.

Mr. Ed Scarborough
**IBCS MINING CORP.**
March 31, 2008
Page 4

Alliance's reliance upon the aforementioned information within the affidavit of Mr. Mullens, and the CTI and Gallagher laboratory analyses furnished by Gauley Eagle, has provided the basis for our preparation of a limited scope estimation that 3,307,500 tons of coal may be prospectively recovered through reprocessing of the Permit No. R-707 coal refuse disposal facility. In consideration of Mr. Sohnen's letter concerning coal pricing, this may potentially equate to a gross value of approximately $261,000,000 following processing.

In preparation of this document, Alliance has relied upon the accuracy and completeness of information acquired from various sources. Alliance does not warrant the accuracy and completeness of such information or the opinions expressed by any person or entity in conjunction with this study. No warranty, expressed or implied, is made or intended by rendition of these consulting services or by furnishing oral or written reports of the findings made. Alliance further does not make any assertion that IBCS will be able to achieve in its operations the coal recovery rates as depicted in the CTI and Gallagher laboratories' analytical reports, nor do we make any assertion that the tonnage of material quoted by Mr. Mullens is actually present within the R-707 permit area.

We trust that this document is sufficient for your needs at this time. Alliance truly appreciates the opportunity to have provided services to IBCS. If there are any questions or further clarification is required, please let us know and we shall be happy to discuss them with you.

Respectfully submitted,

**ALLIANCE CONSULTING, INC.**

Larry K. Lucas
Senior Scientist

Randall R. Duncan
Project Manager

LKL/RRD:jea
Enclosures

File: 08106-02

# AFFIDAVIT

State of West Virginia
County of Nicholas

I, Barry Mullins, on this the 3rd day of March 2008 personally appeared before the undersigned notary public and having been first duly sworn depose and make the following statements in regard to my own personal knowledge of the historical mining and processing of Sewell seam coal and the subsequent disposal of same coal's refuse within the area now permitted through the West Virginia Department of Environmental Protection as Permit No. R-707:

THE TIME PERIOD FROM 1962 TO 1987
SEWELL MINE PLACED THIS REFUSE AREA
AND BY USING 50% RECOVERY OF THE COAL MINED.
IT'S MY ESTIMATE 13 MILLION TON OF COAL REFUSE
IN THIS PERMITED R-707 AREA.
ALSO 500,000 TON OF SLURRY WAS PUMPED INTO THE
IMPOUNDMENT POOL.

Signature: Barry L. Mullins Engineer for Sewell Coal Company 1971-1987
Legal Mailing Address: 367 Meadows Road, Craigsville, WV 26205
Telephone Number: (304) 742-3396

Taken, subscribed and sworn to before me, a Notary Public in and for the County and State aforesaid, this the 3rd day of March 2008.

My commission expires 02-10-09

[Notary Seal]

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SHIRLEY CLARK
P. O. BOX 1638
CRAIGSVILLE, WV 26205
My commission expires February 10, 2009

Shirley Clark
Notary Signature

# APPENDIX B

# LABORATORY ANALYTICAL DATA

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304 872 6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

CUSTOMER: Gauley Eagle Holdings
HC 59 Box 48K
Craigsville,WV 26205

LAB ID: 82832
SAMPLE ID: 4D
1.50 Float
SAMPLE DATE: 3/22/2006
ANALYSIS DATE: 3/31/2006

| | As Received | Dry |
|---|---|---|
| MOISTURE, % | 8.83 | |
| ASH, % | 8.85 | 9.70 |
| SULFUR, % | 0.73 | 0.80 |
| BTU/lb | 11941 | 13098 |
| MAF | | 14553 |

| GRAVITY | Float% | Sink% |
|---|---|---|
| 1.30 | 7.39 | 92.61 |
| 1.35 | 15.26 | 84.74 |
| 1.40 | 21.07 | 78.93 |
| 1.45 | 22.18 | 77.82 |
| 1.50 | 26.36 | 73.64 |
| 1.55 | 27.83 | 72.17 |
| 1.60 | 31.73 | 68.27 |

RESPECTFULLY SUBMITTED:

Robert E. McClung

CENTRAL TESTING, INC.

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX)
e-mail:cti@mail.wvnet.edu

| | |
|---|---|
| CUSTOMER: | Gauley Eagle Holding<br>279 Ball Park RD.<br>Craigsville, WV 26205 |
| LAB ID: | 84777 |
| SAMPLE ID: | Hole #5<br>1.50 RECOVERY |
| SAMPLE DATE: | N/A |
| ANALYSIS DATE: | 12/14/2006 |

| | |
|---|---|
| RECOVERY, %........................................ | 21.71 |
| REJECT, %........................................ | 78.89 |
| Ash,%........................................ | 13.60 |
| Sulfur,%........................................ | 0.80 |
| Btu,........................................ | 12259 |

RESPECTFULLY SUBMITTED:

Brandon Kyle

CENTRAL TESTING, INC.

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

CUSTOMER: Gauley Eagle Holding
279 Ball Park RD.
Craigsville, WV 26205

LAB ID: 84778
SAMPLE ID: Hole #6
1.50 RECOVERY
SAMPLE DATE: N/A
ANALYSIS DATE: 12/14/2006

| | |
|---|---|
| RECOVERY, % | 16.60 |
| REJECT, % | 83.40 |
| Ash, % | 13.95 |
| Sulfur, % | 0.85 |
| Btu, | 11773 |

RESPECTFULLY SUBMITTED:

Brandon Kyle

CENTRAL TESTING, INC.

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

| | |
|---|---|
| CUSTOMER: | Gauley Eagle Holding<br>279 Ball Park RD.<br>Craigsville, WV 26205 |
| LAB ID: | 84781 |
| SAMPLE ID: | Hole #8<br>1.50 RECOVERY |
| SAMPLE DATE: | N/A |
| ANALYSIS DATE: | 12/14/2006 |

| | |
|---|---|
| RECOVERY, % | 51.03 |
| REJECT, % | 48.97 |
| Ash,% | 14.25 |
| Sulfur,% | 0.76 |
| Btu, | 11538 |

RESPECTFULLY SUBMITTED:

[signature]

CENTRAL TESTING, INC.

04-03-2006 15:44 CTI 3048726974 PAGE5

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

CUSTOMER: Gauley Eagle Holdings
HC 59 Box 48K
Craigsville,WV 26205

LAB ID: 82835
SAMPLE ID: 1A
1.50 Float
SAMPLE DATE: 3/22/2006
ANALYSIS DATE: 3/31/2006

| | As Received | Dry |
|---|---|---|
| MOISTURE, % | 6.64 | |
| ASH, % | 6.77 | 7.25 |
| SULFUR, % | 0.69 | 0.74 |
| BTU/lb | 11279 | 12081 |
| MAF | | 13025 |

| GRAVITY | Float% | Sink% |
|---|---|---|
| 1.30 | 14.11 | 85.89 |
| 1.35 | 17.13 | 82.87 |
| 1.40 | 24.75 | 75.25 |
| 1.45 | 28.48 | 71.52 |
| 1.50 | 32.44 | 67.56 |
| 1.55 | 37.28 | 62.72 |
| 1.60 | 43.27 | 56.73 |

RESPECTFULLY SUBMITTED:

Robert E. Miller

CENTRAL TESTING, INC.

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

CUSTOMER: Gauley Eagle Holdings
HC 59 Box 48K
Craigsville,WV 26205

LAB ID: 82836
SAMPLE ID: 1A Lump
1.50 Float
SAMPLE DATE: 3/22/2006
ANALYSIS DATE: 3/31/2006

| | As Received | Dry |
|---|---|---|
| MOISTURE, % | 3.54 | |
| ASH, % | 7.24 | 7.50 |
| SULFUR, % | 0.59 | 0.61 |
| BTU/lb | 13271 | 13757 |
| MAF | | 14873 |

| GRAVITY | Float% | Sink% |
|---|---|---|
| 1.30 | 65.83 | 34.17 |
| 1.35 | 69.05 | 30.95 |
| 1.40 | 75.69 | 24.31 |
| 1.45 | 78.10 | 21.90 |
| 1.50 | 86.02 | 13.98 |
| 1.55 | 87.53 | 12.47 |
| 1.60 | 87.86 | 12.14 |

RESPECTFULLY SUBMITTED:

Robert E. McCoy

CENTRAL TESTING, INC.

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

CUSTOMER: Gauley Eagle Holdings
HC 59 Box 48K
Craigsville,WV 26205

LAB ID: 82834
SAMPLE ID: 2B
1.50 Float
SAMPLE DATE: 3/22/2006
ANALYSIS DATE: 3/31/2006

| | As Received | Dry |
|---|---|---|
| MOISTURE, % | 5.53 | |
| ASH, % | 9.17 | 9.70 |
| SULFUR, % | 0.80 | 0.85 |
| BTU/lb | 13153 | 13923 |
| MAF | | 15419 |

| GRAVITY | Float% | Sink% |
|---|---|---|
| 1.30 | 9.03 | 90.97 |
| 1.35 | 17.19 | 82.81 |
| 1.40 | 20.98 | 79.02 |
| 1.45 | 23.35 | 76.65 |
| 1.50 | 28.05 | 71.95 |
| 1.55 | 30.08 | 69.92 |
| 1.60 | 47.12 | 52.88 |

RESPECTFULLY SUBMITTED:

Robert C. McClung

CENTRAL TESTING, INC.

CENTRAL TESTING INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
304-872-6974
304-872-6574 (FAX) e-mail:cti@mail.wvnet.edu

| | |
|---|---|
| CUSTOMER: | Gauley Eagle Holdings<br>HC 59 Box 48K<br>Craigsville,WV 26205 |
| LAB ID: | 82833 |
| SAMPLE ID: | 2B Channel<br>1.50 Float |
| SAMPLE DATE: | 3/22/2006 |
| ANALYSIS DATE: | 3/31/2006 |

| | As Received | Dry |
|---|---|---|
| MOISTURE, % | 2.85 | |
| ASH, % | 9.09 | 9.35 |
| SULFUR, % | 0.28 | 0.29 |
| BTU/lb | 13055 | 13437 |
| MAF | | 14823 |

| GRAVITY | Float% | Sink% |
|---|---|---|
| 1.30 | 8.60 | 91.40 |
| 1.35 | 15.77 | 84.23 |
| 1.40 | 21.71 | 78.29 |
| 1.45 | 23.44 | 76.56 |
| 1.50 | 27.28 | 72.72 |
| 1.55 | 30.53 | 69.47 |
| 1.60 | 36.01 | 63.99 |

RESPECTFULLY SUBMITTED:

[signature]

CENTRAL TESTING, INC.

Central Testing, Inc.
P.O. Box 481
Summersville, WV 26651

(304)872-6974
(304)872-6574 fax
ctlab@verizon.net

CUSTOMER: Gauley Eagle Holdings
HC 59 Box 48K
Craigsville,WV,26205

SAMPLE I.D: Refuse

LAB ID: 86696
DATE OF SAMPLE: 1/4/2008
DATE COMPLETED: 1/8/2008

DIRECT DATA

| SINK | FLOAT | WEIGHT | ASH | SULFUR | BTU |
|---|---|---|---|---|---|
| | 1.50 | 24.86 | 10.89 | 0.74 | 13857 |
| 1.50 | 1.60 | 5.22 | 22.74 | 1.08 | 11427 |
| 1.60 | | 69.92 | 55.71 | 0.88 | 5497 |

CUMULATIVE FLOAT - CALCULATED

| SINK | FLOAT | WEIGHT | ASH | SULFUR | BTU |
|---|---|---|---|---|---|
| | 1.50 | 24.86 | 10.89 | 0.74 | 13857 |
| 1.50 | 1.60 | 30.08 | 12.78 | 0.80 | 13435 |
| 1.60 | | 100.00 | 42.80 | 0.84 | 7885 |

CUMULATIVE SINK - CALCULATED

| SINK | FLOAT | WEIGHT | ASH | SULFUR | BTU |
|---|---|---|---|---|---|
| | | 100.00 | 42.80 | 0.84 | 7885 |
| | 1.50 | 75.14 | 53.42 | 0.87 | 5909 |
| 1.50 | 1.60 | 69.92 | 55.71 | 0.88 | 5497 |
| 1.60 | | | | | |

RESPECTFULLY SUBMITTED:

CENTRAL TESTING, INC

CENTRAL TESTING, INC.
P.O. BOX 481
SUMMERSVILLE, WV 26651
(304)872-6974

(304)872-6574 Fax
e-mail: cti@mail.wvnet.edu

Analysis
Performed for: Gauley Eagle Holdings
HC 59 Box 48K
Craigsville,WV,26205

Sample Date: 1/4/2008
Date Received: 1/4/2008
Analysis Date: 1/8/2008
Sample I.D.: Refuse

CaCO3 EQUIV. T/1000T OF MATERIAL

ACID BASE ACCOUNTABILITY

| Lab ID | Sample ID | Color | Fizz | Total Sulfur | Pyritic Sulfur | pH | Neutralization Potential | Acid Potential | Excess/ Deficiency | Selenium |
|---|---|---|---|---|---|---|---|---|---|---|
| 25575 | Refuse | 7.5YR3/0 | 0 | 0.820 | | 4.03 | 45.75 | 25.63 | 20.12 | .45mg |

EPA-600/2-78-054
NP DIGESTION (H2O2)

OXIDATION: %T 72.8

RESPECTFULLY SUBMITTED:

CENTRAL TESTING, INC.

25575ABA

GALLAGHER COAL RESEARCH CENTER, INC.
P.O. BOX 1227
CRAB ORCHARD, WV 25827
(304) 683-2060 OFFICE
(304) 683-2063 FAX

| SIZE | WT. % |
|---|---|
| AS RECVD | 100.00 |

**LAB NUMBER:**
**COMPANY:**
**MINE:**
**LOCATION:**
**SEAM:**
**SAMPLED BY:**
**DATE:** 1/2/08
**SAMPLE DESC:** PANTHER CREEK REFUSE

**SIZE:** AS RECVD
**WT%:** 100.00

| SPECIFIC GRAVITY | | DIRECT DATA | | | | | FLOAT CUMULATIVE RECOVERY | | | | | SINK CUMULATIVE REJECT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DRY BASIS | | | | | DRY BASIS | | | | | DRY BASIS | | | |
| SINK | FLOAT | %WT | ASH | SUL | VOL | BTU | %WT | ASH | SUL | VOL | BTU | %WT | ASH | SUL | VOL | BTU |
| | 1.50 | 22.81 | 9.93 | 0.89 | | 13,552 | 22.81 | 9.93 | 0.89 | | 13,552 | 100.00 | 48.22 | 0.68 | | 7,040 |
| 1.50 | 1.60 | 5.87 | 29.79 | 1.04 | | 10,110 | 28.68 | 13.99 | 0.92 | | 12,848 | 77.19 | 59.53 | 0.62 | | 5,116 |
| | | | | | | | | | | | | 71.32 | 61.98 | 0.59 | | 4,705 |
| | SINK | 71.32 | 61.98 | 0.59 | | 4,705 | 100.00 | 48.22 | 0.68 | | 7,040 | | | | | |

MOISTURE = 10.32%

PANTHER CREEK REFUSE 1-2-08

GALLAGHER COAL RESEARCH CENTER, INC.
P.O. BOX 1227
CRAB ORCHARD, WV 25827
(304) 683-2060 OFFICE
(304) 683-2063 FAX

| SIZE | WT. % |
|---|---|
| AS RECVD | 100 00 |

**LAB NUMBER:**
**COMPANY:**
**MINE:**
**LOCATION:**
**SEAM:**
**SAMPLED BY:**
**DATE:** 1/4/08
**SAMPLE DESC:** PANTHER CREEK REFUSE

**SIZE:** AS RECVD
**WT%:** 100 00

| SPECIFIC GRAVITY | | DIRECT DATA | | | | | FLOAT CUMULATIVE RECOVERY | | | | | SINK CUMULATIVE REJECT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DRY BASIS | | | | | DRY BASIS | | | | | DRY BASIS | | | |
| SINK | FLOAT | %WT | ASH | SUL | VOL | BTU | %WT | ASH | SUL | VOL | BTU | %WT | ASH | SUL | VOL | BTU |
| | | | | | | | | | | | | 100.01 | 49.92 | 0.63 | | 6,770 |
| | 1 50 | 23.98 | 9 88 | 0.80 | | 13,524 | 23.98 | 9 88 | 0.80 | | 13,524 | 76.03 | 62.54 | 0.58 | | 4,640 |
| 1.50 | 1 60 | 7.25 | 30.98 | 1.14 | | 9.966 | 31.23 | 14.78 | 0.88 | | 12.698 | 68 78 | 65.87 | 0.52 | | 4.079 |
| | SINK | 68 78 | 65 87 | 0.52 | | 4,079 | 100 01 | 49 92 | 0 63 | | 6 770 | | | | | |

MOISTURE = 10.21%

PANTHER CREEK REFUSE 1 4 08

GALLAGHER COAL RESEARCH CENTER, INC.
P O. BOX 1227
CRAB ORCHARD, WV 25827
(304) 683-2060 OFFICE
(304) 683-2063 FAX

| SIZE | WT. % |
|---|---|
| AS RECVD | 100.00 |

**LAB NUMBER:**
**COMPANY:**
**MINE:**
**LOCATION:**
**SEAM:**
**SAMPLED BY:**
**DATE:** 1/7/08
**SAMPLE DESC:** PANTHER CREEK REFUSE

**SIZE:** AS RECVD
**WT%:** 100.00

| SPECIFIC GRAVITY | | DIRECT DATA | | | | | FLOAT CUMULATIVE RECOVERY | | | | | SINK CUMULATIVE REJECT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DRY BASIS | | | | | DRY BASIS | | | | | DRY BASIS | | | |
| SINK | FLOAT | %WT | ASH | SUL | VOL | BTU | %WT | ASH | SUL | VOL | BTU | %WT | ASH | SUL | VOL | BTU |
| | | | | | | | | | | | | 100.00 | 48.38 | 0.69 | | 7,094 |
| | 1 55 | 27 29 | 13.04 | 0.78 | | 12,911 | 27.29 | 13.04 | 0.78 | | 12,911 | 72.71 | 61.64 | 0.65 | | 4,911 |
| | SINK | 72 71 | 61.64 | 0 65 | | 4 911 | 100.00 | 48.38 | 0 69 | | 7,094 | | | | | |

# APPENDIX C

## LETTER FROM SOHNEN COAL SALES, INC.

Feb 29 08 10:29a p.1

Sohnen Coal Sales, Inc.

*1615 Avenue I - Suite #320*
*Brooklyn, New York 11230-3045*

*Phone 718-951-3654*
*Fax 347-394-2521*
*Email: eurocoal@aol.com*

Mr. Jerry Hatley
IBCS Mining Corp.
c/a rdpayne04@yahoo.com

February 29, 2008

Dear Mr. Hatley

RE: WASHED RECLAIMED SEWELL

In line with our telephone conversation this morning, we confirm our interest in taking your entire production of washed relaimed Sewell coal once your plant starts production in July-August of this year.

On a worst case basis, assuming that this material is only suitable for steam application and will run no more than 12500 BTU AR and 14 ash AR and lebow 1.0 sulphur AR, we are looking at a price FOB truck at plant of $79 per net ton. Should the coking characteristics prove than the material could be suitable for either metallurgical application or for blending with met. Coals, the price could be somewhat higher.

We look forward to hear of your progress in getting permits for your plant and installation of the washer, at which time we will try to work with you in actually earmarking tonnage to specific users.

With best regards,

Theodore Sohnen