**IDENTIFICATION OF PRIOR FHWA CONTRACTS BONDED BY EDMUND C. SCARBOROUGH**

#1
Contractor: Tessa Structures, LLC
Fariborz Kasmai, Pres.
6913 Old Landover Rd
Landover, MD 20785
Contract# DTFH71-04-C-0036
FHWA OFFICE US DOT, FHA
21400 Ridgetop Circle
Sterling, VA 20166
Contract Date 8/10/2004
Amount $734,997.00
Project: Patuxent Research Refuge Project - RRP-PRR 10(8)
Remove existing Bailey Bridge and Replace with now bridge, Laurel, MD

#2
Contractor: Orion of Nevada, Inc.
5305 E. 18th Street, Suite 209
Vancouver, WA 98661
Contract# DTFH68-06-C-00005
FHWA OFFICE US DOT, FHA
12300 West Dakota Avenue, Suite 167 (HCO 16)
Lakewood, CO 80228
Contracting Ofcr. Edward S. Hammontree, P.E.
Contract Date 3/14/2006
Amount $1,193,306.00
Project: East Foxtail Dike Road Loop - RRP-STIL 10(1)

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACCEPTED FEDERAL GOVERNMENT BONDS USING COAL ASSET | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | DATE | CONTRACTOR | OBLIGEE | PROJECT | BOND # | Amount | Status | Fax/E | Rec'd | Comp. Dt | Single | Total |
| 4 | | | | | | | | | | | | |
| 5 | ADVANCED TECHNOLOGY SYSTEMS COMPANY | | | | | | | | | | | |
| 6 | 1/4/2007 | Advanced Technology Systems | US Army Corps of Eng. | | | | | | | | | |
| 7 | | | | W912ER-07-C-0004 | ATSCPP010407 | 830,731 | 38% | | | 11 MONTHS | | |
| 8 | ASCEND CONSTRUCTION MGMT | | | | | | | | | | | |
| 9 | 8/23/2006 | Ascend Construction Mgmt Inc | Dept. of Army & AF, NGB | | | | | | | | | |
| 10 | | | | Fire/Crash Rescue St. | ASCENDPP082306 | 10,380,918 | 38.2% | E | | | 5,000,000 | 12,000,000 |
| 11 | CAROTEX | | | | | | | | | | | |
| 12 | 12/14/2006 | Carotex Construction | Sunrise VA Medical | | | | | | | | | |
| 13 | | | | VA Outpatient Clinic | CAROTEXPP121406 | 14,699,997 | 16.54% | E | | 1/18/2008 | | |
| 14 | DYNAMIC CORPORATION | | | | | | | | | | | |
| 15 | 3/30/2007 | Dynamic Corporation | U.S. Dept. of State | | | | | | | | | |
| 16 | | | | Design/Build Abuja Nox | DYNAMICPP033007 | 15,203,598 | 30% | | | | | |
| 17 | HYDROGEOLOGIC, INC. | | | | | | | | | | | |
| 18 | 10/9/2006 | Hydrogeologic, Inc. | AETC CONS/LGCT | | | | | | | | | |
| 19 | | | | FA8903-D-04-8724 | HYDROGEOLOGICPP100906 | 256,735 | 98.00% | | | | | 100,000,000 |
| 20 | SAFETY AND ECOLOGY | | | | | | | | | | | |
| 21 | 5/25/2006 | Safety and Ecology | UT-BATTELLE | | | | | | | | | |
| 22 | | | | SNS Cons. Of Beam Line | SECPP052506 | 5,542,390 | 98% | | | | 4,000,000 | 48,000,000 |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | COMPLETED | | | | | | | | | | | |
| 26 | 5/4/2006 | CNI Construction, LLC | GSA | GS-04P-06-EX-C-0074 | CNIPP050406 | 606,749 | Completed | E | | | | |
| 27 | 10/24/2006 | Virtual I Services | Dept. of Veterans Affairs | VA249C-0049 | VIRTUALPP102406 | 615,000.00 | | | | | | |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACCEPTED FEDERAL GOVERNMENT BONDS | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | DATE | CONTRACTOR | OBLIGEE | PROJECT | | | | | | | | |
| 4 | | | | | BOND # | Amount | Status | Fax/E | Rec'd | Comp. Dt | Single | Total |
| 5 | ADVANCED TECHNOLOGY SYSTEMS COMPANY | | | | | | | | | | | |
| 6 | 1/4/2007 | Advanced Technology Systems | US Army Corps of Eng. | W912ER-07-C-0004 | ATSCPP010407 | 830,731 | 38% | | | 11 MONTHS | | |
| 7 | AMER. SMALL BUSINESS ALLIANCE | | | | | | | | | | 2,500,000 | 5,000,000 |
| 8 | 10/31/2005 | AMER. SMALL BUS ALLIANCE | U.S. Dept of Interior (Gov) | Central Canal Dredging | ASBAPP103105 | 424,500 | 48.7% | E | | | | |
| 9 | ASCEND CONSTRUCTION MGMT | | | | | | | | | | 5,000,000 | 12,000,000 |
| 10 | 7/14/2005 | Ascend Construction Mgmt Inc | US Dept of Justice | Fed Bureau of Prisons | ASCEND PP 072205 | 29,414,000 | 84.0% | E | | | | |
| 11 | 8/23/2006 | Ascend Construction Mgmt Inc | Dept. of Army & AF, NGB | Fire/Crash Rescue St. | ASCENDPP082306 | 10,388,916 | 38.2% | E | | | | |
| 12 | CAROTEX | | | | | | | | | | | |
| 13 | 12/14/2006 | Carotex Construction | Sunrise VA Medical | VA Outpatient Clinic | CAROTEXPP121406 | 14,699,997 | 16.54% | E | | 1/18/2008 | | |
| 14 | CNI | | | | | | | | | | 35,000,000 | 100,000,000 |
| 15 | 4/11/2006 | Chickasaw Nation Ind. (CNI) | Dept. of Army | W15QKN-04-D-1010 | CNIPP041106 | 1,000,000 | 70.0% | E | | | | |
| 16 | DYNAMIC CORPORATION | | | | | | | | | | | |
| 17 | 3/30/2007 | Dynamic Corporation | U.S. Dept. of State | Design/Build Abuja Nox | DYNAMICPP033007 | 15,203,598 | 30% | | | | | |
| 18 | EM FEDERAL | | | | | | | | | | 2,500,000 | 5,000,000 |
| 19 | 3/29/2006 | EM Federal Corp. | Fort Eustace | W91QF1-05-C-0014 | EMFEDERALPP032906 | 1,572,771 | 98% | | | | | |
| 20 | FT. BERTHOLD | | | | | | | | | | 10,000,000 | 20,000,000 |
| 21 | 4/13/2006 | Ft. Berthold | Gov. Works | WRAMC Relocate Rad/On | FTBERTPP041306B | 159,528 | 3.5% - Susp. | E | | | | |
| 22 | HYDROGEOLOGIC, INC. | | | | | | | | | | | 100,000,000 |
| 23 | 10/9/2006 | Hydrogeologic, Inc. | AETC CONS/LGCT | FA8903-D-04-8724 | HYDROGEOLOGICPP100906 | 256,735 | 96.00% | | | | | |
| 24 | ORION OF NEVADA | | | | | | | | | | 2,000,000 | 5,000,000 |
| 25 | 11/1/2005 | Orion of Nevada | Nellis AFB | FA4861-05-C-A013 | ORIONPP110105A | 999,500 | 72.70% | E | | | | |
| 26 | 11/1/2005 | Orion of Nevada | Nellis AFB | FA4861-05-C-A010 | ORIONPP110105B | 670,189 | 90.00% | E | | | | |
| 27 | 11/1/2005 | Orion of Nevada | Nellis AFB | FA4861-05-C-A011 | ORIONPP110105C | 2,102,571 | 7.70% | E | | | | |
| 28 | PRIMCO, INC. | | | | | | | | | | 750,000 | 1,800,000 |
| 29 | 9/29/2005 | PRIMCO,Inc. | General Services Admin | Caribbean Svc. Ctr. | PRIMCOPP092905 | 215,988 | emailed ob | | | | | |
| 30 | 6/3/2005 | PRIMCO,Inc. | General Services Admin | US Marshals Renov. | PRIMCOPP060305 | 99,154 | emailed ob | | | | | |
| 31 | SAFETY AND ECOLOGY | | | | | | | | | | 4,000,000 | 48,000,000 |
| 32 | 5/25/2006 | Safety and Ecology | UT-BATTELLE | SNS Cons. Of Beam Line | SECPP052506 | 5,542,390 | 96% | | | | | |
| 33 | SERVICEMAX, INC. | | | | | | | | | | 500,000 | |
| 34 | 12/1/2005 | ServiceMax, Inc. | National Inst. Of Health | Order No. NJE38577 | SERVICEMAXPP120105C | 1,151,350 | 95% | | | | | |
| 35 | | | | | | | | | | | | |
| 36 | COMPLETED | | | | | | | | | | | |
| 37 | | | | | | | | | | | | |
| 38 | 4/18/2005 | Cainhill | USDA | Paint Intr.Hallways/Stair | CAINHILL PP 041505 | 87,611 | Completed | | | | | |
| 39 | 2/27/2006 | CNI Construction, LLC | 6th Contr. Sqdrn - MacDill | MacDill Air Force Base | CNIPP022706 | 1,822,180 | Completed | E | | | | |
| 40 | 5/4/2006 | CNI Construction, LLC | GSA | GS-04P-06-EX-C-0074 | CNIPP050406 | 606,749 | Completed | E | | | | |
| 41 | 2/1/2005 | Floors, Etc | General Services Admin | | FLOORS PP 020105 | 2,319,200 | Complete | E | | | | |
| 42 | 4/13/2006 | Ft. Berthold | Gov. Works | WRAMC Ren. Val-Vac. Cl | FTBERTPP041306A | 506,323 | Complete | E | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | DATE | CONTRACTOR | OBLIGEE | PROJECT | BOND # | Amount | Status | Fax/E | Rec'd | Comp. Dt | Single | Total |
| 43 | 7/27/2004 | Hydrogeologic, Inc. | AFMC | | HYDRO PP 072704 | 3,507,755 | Completed | | | | | |
| 44 | 11/01/2004 | Hydrogeologic, Inc. | AFMC/Ft Worth, Tx | | HYDROPP102904 | 746,484 | Completed | | | | | |
| 45 | 11/01/2004 | Hydrogeologic, Inc. | AFMC/Bldg 3304 Upgrades | | HYDROPP103104 | 76,043 | Completed | | | | | |
| 46 | 10/30/2004 | Hydrogeologic, Inc. | AFMC/Storm/Oil Poll. | | HYDROPP103004 | 124,800 | Completed | | | | | |
| 47 | 10/25/2005 | Hydrogeologic, Inc. | 11th Contracting Squadron | Facility 20, Bolling AFB | HYDROPP102505 | 374,000 | Complete | | | | | |
| 48 | 05/14/2004 | Int'l Construction Serv., Inc. | Am. Cons. Gen. Lagos | | INTLPP0716 | 47,440 | Completed | | | | | |
| 49 | 4/14/2005 | Management Solutions, Inc. | General Services Admin | | MSI PP 041405 | 1,204,693 | Complete | E | | | | |
| 50 | 3/29/2006 | Orion of Nevada | DOT, Fed. Hwy. Admin. | DTFH68-06-C-00005 | ORIONPP032906 | 1,193,306 | Completed | E | | | | |
| 51 | 10/25/2005 | Ortega General Contracting | GSA, PBS, Upstate Svc. Ctr | DLA Depot | ORTEGA PP 102505 | 469,990 | Completed | E | | | | |
| 52 | 11/10/2005 | ServiceMax, Inc. | National Inst. Of Health | HHSN-292-200500308-( | SERVICEMAXPP111005 | 215,952 | Completed | | | | | |
| 53 | 12/1/2005 | ServiceMax, Inc. | National Inst. Of Health | Order No. NJE38044 | SERVICEMAXPP120105 | 148,736 | Completed | | | | | |
| 54 | 10/11/2005 | Tessa Structures, LLC | ASCI & US DOT, FHA | Patuxent Rsch Refuge | TESSAPP101105 | 734,997 | Completed | E | | | | |
| 55 | 01/06/2005 | Tissa Enterprises | Dept of Veteran Affairs | | TISSAPP010605 | 1,245,827 | Completed | E | | | | |
| 56 | 10/24/2006 | Virtual I Services | Dept. of Veterans Affairs | VA249C-0049 | VIRTUALPP102406 | 615,000.00 | | | | | | |
| 57 | 8/25/2004 | Williams, John T & Associates | Architect of the Capitol | | JOHNTWPP082504 | 43,500 | Completed | | | | | |
| 58 | 9/15/2005 | Williams, John T & Associates | Architect of the Capitol | Jefferson to Madison Tunn | JOHNTWPP091505 | 55,800 | Completed | | | | | |
| 59 | | | | | | | | | | | | |
| 60 | TOTAL COMPLETE | | | | | 16,147,395 | | | | | | |
| 61 | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | |