YOURGUIDE | ACT | NSW | NT | QLD | SA | TAS | VIC | WA | Life is local

Crookwell news, classifieds and community.

Crookwell

Thursday, 3 April 2008

Crookwell Gazette

25 January 2008 - 11:31AM

View all news | Send to a friend | Print

# Spot the boom as coal price soars

By JULIEANNE STRACHAN
State Political Reporter

INCREASING demand from energy-hungry India and China and flooding in Queensland have pushed the price of thermal coal to a record high.

The BJI (Barlow Jonker index), updated yesterday, showed the spot price reached US$90.50 a tonne.

The price has been strong for the past few months.

A spokeswoman for Barlow Jonker, an energy research and consulting company, said coal price negotiations had recently begun in Japan and prices might settle at close to double last year's headline price of $US55 a tonne.

Producers and analysts have said prices could rise above $100 a tonne because of production problems at mines in Queensland caused by heavy rain and widespread flooding which had led to some contracts not being filled.

The spokeswoman agreed recent price rises had been affected by factors such as weather problems in major coal exporter Indonesia, problems in Queensland, port congestion and growing demand from China and India.

The global coal Newcastle (spot thermal) index is expected to be updated today.

Last week's listed price was $US89.85.

[PI9016] The Australian Competition and Consumer Commission announced yesterday that a group of companies had withdrawn its application for a new queue management system for the port of Newcastle.

The corporate watchdog said Pacific National (NSW), QR Limited and Port Waratah Coal Services had notified the commission they no longer wanted to go ahead, in light of an independent review commissioned by the State Government and announced this month. It will be headed by former premier Nick Greiner.

Source: The Herald, NSW

**Most Viewed Articles**

**Crookwell**

- Underbelly brief: lawyer Zarah fights on
- Kylie dazzles US Dancing with the Stars
- Bumper crowds at NSW Easter events
- First steps towards fluoride in Crookwell water supply
- Neil Henry named new Cowboys coach

**Life is Local**

- Why was a town larrikin killed? [Canberra]
- WILD STORMS LASH CITY [Ballarat]
- Zimbabwe's opposition insists it has won [World]
- Expect budget 'pain' in the ACT [Canberra]
- Big winds whip south-west [Warrnambool]

View all news | Send to a friend | Print | Back to top

Copyright © 2008. Fairfax Digital
109.1309 ms - 3/04/2008 12:56:39 AM



INTERNATIONAL
Herald Tribune | Marketplace by Bloomberg

# The price of coal is poised to rebound on demand from China

By Michele Batchelor and Leony Aurora Bloomberg News

Published: April 17, 2007

E-Mail Article
Listen to Article
Printer-Friendly
3-Column Format
Translate
Share Article
Text Size

BEIJING: The price of coal is poised to rebound from a two-year slump as China buys more than it exports for the first time in history.

Power use in China, the world's biggest coal producer, is rising 13 percent annually, and utilities are building plants at a record pace. The country gets 78 percent of its electricity from coal, spurring imports from Australia, Indonesia and Vietnam.

"The coal sector in China has undergone a change," said Mark Mobius at Templeton Asset Management in Singapore. Mobius said Asian coal prices might surge 42 percent in five years, propelling shares of China Shenhua Energy, the biggest coal company in the country, as well as China Coal Energy and Yanzhou Coal Mining.

Rising prices for coal would drive power costs higher worldwide, hurting profit at companies like Tokyo Electric Power and RWE of Germany. But it would benefit mining companies like Xstrata, Rio Tinto Group and BHP Billiton.

Annual coal contract prices in Asia may surpass all-time highs within the next 12 months. Deutsche Bank analysts, led by Peter Richardson in Melbourne, predict prices of $58 a metric ton next year and $59.50 in 2009, from about $55.50 for the year that started April 1. Goldman Sachs Group said it expected $56 a ton next year.

**Today in Marketplace by Bloomberg**

Bank of America moves quickly to cut jobs after earnings disappoint

Sony profit helped by camera sales, but game console still trailing rivals

Microsoft profit soars 23 percent, beating expectations

SET YOUR PORTFOLIO UP NOW
iht.com/worldmarkets

Coal last traded at $54.50 a ton for shipments from Newcastle, Australia, down 16 percent from a peak of $63.10 in June 2004, according to the McCloskey Group, a coal consulting company in Hampshire, England.

China, which mines more than twice as much coal as the United States, the next-biggest producer, generates 622 gigawatts of electricity with the fuel. Plants built in China in the past year alone generate enough power to supply all of Britain.

The government's closure of unsafe and illegal mines that killed 5,986 workers in 2005, or more than 16 people every day, is adding to the pressure on coal prices. Regulators shut 8,303 mines in the two years through 2006 and plan another 1,700 shutdowns by year-end, Li Yizhong, vice minister of a job safety agency, said at the China Coaltrans Conference in Beijing on Monday.

Chinese purchases of coal in January exceeded exports by 1.4 million tons, the first time that has happened, data from the General Administration of Customs show. While the trend reversed in February, the impetus for imports to rise is unstoppable. By 2010, demand may reach 2.8 billion tons, 270 million tons more than last year's output, the government said.

"We have been forecasting that China's exports will fall, and it has come to that, even more rapidly than we expected," said Clyde Henderson, a coal analyst at Energy Economics in Sydney.

The increase in Chinese imports will help lift prices in Europe by pushing consumers to buy more from South Africa and Russia. Coal prices in Europe have risen to about $70 a ton from around $52 at the end of 2005, according to McCloskey Group.

U.S. buyers will be insulated from higher prices by the country's own supplies, said Richard Price, a former coal company executive, now president of Westminster Securities, a U.S. investment bank.

"China's net exports have been declining and can be expected to further decline, offset by Indonesian, Australian and Vietnamese imports, but not any significant volume of U.S. exports," he said. U.S. eastern coal prices have fallen to around $41 a ton from $57 at the end of 2005, according to data compiled by Bloomberg.

By 2012, according to Mobius of Templeton, prices may reach $78, surpassing the record $93.10-a-ton spot price on June 25, 2004, when shortages prompted China to restrict exports.

Indonesia, the world's biggest exporter of coal, is increasing output to respond to demand and higher prices. In February, Indonesia accounted for 41 percent of Chinese imports.

"China and India are both very active in looking for coal here, and people are getting greedy," Jeffrey Mulyono, head of the coal mining association in Indonesia, said during a recent interview.

Asian power generators will increase coal orders by more than 300 million tons in the next three to four years because of economic growth, said Nalinkant Rathod, a commissioner at Bumi Resources in Jakarta, the largest Indonesian coal exporter. China will raise consumption by at least 200 million tons, he said.

**Most E-Mailed**

24 Hours | 7 Days | 30 Days

1. U.S. expats fight their soaring tax burden
2. U.S. fails to halt Emirates' dangerous trade
3. From a Beirut cell, an Iraqi watches as the U.S. finally takes his advice
4. Turkey and democracy: The American model
5. France says EU ready for a greater role in defense
6. Wedded bliss linked to lower blood pressure
7. Write-downs by UBS and Deutsche Bank raise hopes that worst is over
8. UBS taps an unknown insider as its new chairman
9. American player Marvin Stone dies during Saudi Arabia league game
10. Afghanistan, Pakistan and NATO

International Herald Tribune iht.com/f1



F1 qualifying to be modified for safety reasons

More from Formula 1:
At Renault, Alonso returns to his roots
Aspiring engineers on mini track to a Grand Prix career
A youthful fascination with Grand Prix racing

Ads by Google

Gold Mining Stock Outlook
Why Buying Gold is No Longer Advisable--It's a Must. New Report.
www.GoldWorld.com/Mining_Stock_Rpt

Wood and Coal Stove Parts
Parts for hundreds of makes and models of wood and coal stoves
www.stovepartsplus.com

Top 5 China Stock Picks

International Herald Tribune

**News:** Americas | Europe | Asia - Pacific | Africa & Middle East | [illegible]
**Features:** Culture | Fashion & Style | Travel | At Home Abroad | Blogs | Reader Discussions | [illegible]
**Business:** Business with Reuters | World Markets | Currencies | Commodities | Portfolios | Your Money | [illegible]
**Opinion:** Opinion Home | Send a letter to the editor | Newspaper Masthead
**Classifieds:** Classifieds Home | Properties | Education Center

**Company Info:** About the IHT | Advertise in the IHT | IHT Events | Press Office
**Newspaper:** Today's Page One in Europe | Today's Page One in Asia | Publishing Partnerships
**Other Formats:** IHT Mobile | RSS | AudioNews | PDA & Smartphones | Netvibes | IHT Electronic Edition | E-Mail Alerts | [illegible]
**More:** Daily Article Index | Top 10 | Hyper Sudoku | IHT Developer Blog

Search

Subscriptions
Sign Up | Manage

Contact Us | Site Index | Archives | Terms of Use | Contributor Policy | Privacy & Cookies

Copyright © 2008 the International Herald Tribune All rights reserved

# Rising China spot price to boost coal firms - UBS

Wed Jan 31, 2007 11:57am GMT

Email | Print | Share | Single Page | Recommend (0) [-] Text [+]

MARKET NEWS

UPDATE 1-HBOS sees 2008 margin pressure, could improve after

Goldman sets guidance on 20-year sterling bond

European shares pare gains on Bernanke comments

More Business & Investing News...

SHANGHAI, Jan 31 (Reuters) - Listed Chinese coal companies are expected to outperform the broader market as China's continued demand lifts spot prices in 2007, UBS metals and mining analyst Ghee Peh, said on Wednesday.

The average spot price of coal in China, the world's largest producer and consumer of the fuel, is likely to rise 5 percent in 2007 compared with the year before, said Peh, an analyst at UBS Securities Asia Ltd.

The rising price will boost gross profits for listed coal firms, such as Hong Kong-listed Shenhua Energy (1088.HK: Quote, Profile, Research) and Yanzhou Coal (1171.HK: Quote, Profile, Research), he said.

"As Yanzhou Coal sells 48 percent of its output at spot prices, the rising price benefits the company," Peh told a roundtable meeting with reporters in Shanghai.

He said that improved prospects for the overall sector would be reflected in Shenhua's stock price.

China's coal producers and power plants agreed to lift term thermal coal prices this year by an average of 30 yuan ($3.86) a tonne, or around 10 percent.

Spot prices are expected to be supported by tighter government controls over small coal mines, and growth in thermal power generation, analysts have said.

China's coal output increased 8.1 percent to 2.325 billion tonnes in 2006, with more than half of that being used by power plants.

Shares of Shenhua Energy were traded at HK$19.08 at Wednesday's close, up 2 percent so far this year, while Yanzhou Coal rose near 16 percent to HK$7.27 since Dec 29, compared with a 0.7 percent rise on the benchmark Hang Seng Index .HSI.

($1=7.773 Yuan)

© Reuters 2008 All rights reserved.

SHARE: Del.icio.us Digg Mixx My Web Facebook Newsvine

MORE OIL REPORT

BHP S.Africa smelters unlikely see more cuts

INSTANT VIEW 3-U.S. crude oil stockpiles surge

TABLE-German plant tops EU's dirty dozen CO2 emitters

U.S. CRUDE FUTURES DOWN $1 AT $99.88/BBL ON BIG SUPPLY BUILD

More Oil report News...

BUSINESS BLOG POSTS

The FX market just keeps on growing
Thomson FX Hub | Where money talks

Germany, Austria ETFs Could Get a Lift From Stock Ownership Plans
ETF Trends

Market Melts Up
Condor Options

Mobius Pens FT Piece
CONTROLLED GREED.com

powered by Blogburst Views in these blog posts are those of the author and not of Reuters.

ALSO ON REUTERS



Slideshow

Pictures of a doomsday cult and their underground bunker



Ronaldo and Rooney steer Manchester United to win



Video

Thailand's annual King's Cup Elephant Polo tournament

Ads by Google What's This?

Investments in Coal
Is Coal the Answer to Peak Oil? New Investor Report. No Charge.
www.EnergyAndCapital.com/Coal_Rpt

Coal Newsletters & Data
International & U.S. Coal News Coal & Petcoke Prices & Data

MARKET UPDATE

UK US Europe Asia UK Most Actives

| | | |
|---|---|---|
| FTSE 100 | 5,899.90 | +47.30 |
| FTSE 250 | 10,328.00 | -7.30 |
| FTSE All | 3,025.39 | +20.24 |
| Techmark | 1,372.92 | +10.14 |



Get a Share Quote GO



TIME REMAINING: 2 DAYS 13 HOURS 6 MINS 44 SECS

Make the most of your ISA allowance.

Free Brochures Provided By dianomi

advertisement

Free Brochures Provided By Dianomi
› Request free brochures on emerging market funds

MOST POPULAR ON REUTERS UK

Articles Videos Searched Recommended

1. Pregnant man says bearing child a "human" desire
2. UPDATE 2-US truckers disrupt traffic to protest fuel prices
3. Zimbabwe opposition claims victory in election | Video
4. First Direct mortgage fears grow
5. Flying penguins greet April Fools
6. Another severed hand found on Scottish beach
7. Mini-black hole is smallest ever but still strong
8. TV technician suspended over porn blunder
9. In troubled times, go for African equities
10. Judge says Diana's butler "did not tell the truth"