IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Washington, D.C.

TIP TOP CONSTRUCTION , INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

Fed. Cl. No.

## DECLARATION OF PERCY J. HOLLINS

1. I, Percy J. Hollins, am and have been the President of Tip Top Construction, Inc. ("Tip Top") at all relevant times. All of the statements herein are based on my personal knowledge.

2. Unless the temporary, preliminary and permanent injunctive relief requested is granted that will prevent the current awardee, from starting and completing performance under the contract under protest, Tip Top will lose substantial anticipated profits. In addition, Tip Top will be immediately impaired in its ability to rehire and retain key personnel who were to be assigned to work on this Contract and were a major component in meeting our proposed schedule. The work they are temporarily performing in St. Thomas will run out in less than 30-60 days and they will be likely to return to their homes in locations other than St. Thomas and take other work. They will then unavailable to Tip Top. In addition, the FHWA will be unlikely to willingly change contractors in mid-stream.

3. The comparable harm to the FHWA from awaiting a decision from this Court is, in my opinion, negligible. Any delay damages will be non-existent or minimal since more

time is included in the schedule that is necessary to complete the work, as I demonstrated in the Critical Path Method Diagrams I submitted to the FHWA.

4. I strongly believe that Tip Top was not treated in compliance with government contract law. Tip Top was the low bidder and submitted a bond that should have been accepted or an opportunity for our surety to substitute another acceptable asset should have been provided. The reasons for rejecting the bond made no sense and there was no risk to the FHWA in awarding to Tip Top that justified giving up the $1.4 million difference in price.

5. Although we are a small business, we have proven our ability over the past 19 years to perform government road construction contracts like the one here. We have never defaulted on a bid bond and have successfully performed all of our contracts.

6. I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Percy J. Hollins
President, Tip Top Construction, Inc.

Date: May 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2008, I caused to be served by hand delivery, a copy of the following:

1. COMPLAINT FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT,

2. APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER GRANTING APPLICATION

3. APPLICATION FOR PRELIMNINARY AND PERMANENT INJUNCTIVE AND DECLARATORY RELIEF, ORDER GRANTING APPLICATION

4. MEMORANDUM IN SUPORT OF APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PRELIMNARY AND PERMANENT INJUNCTIONS AND DECLARATORY JUDGMENT, and

Amanda Tantum, Esquire
Trial Attorney
Civil Division,
Department of Justice,
1100 L Street, N.W., Room 12110,
Washington, D.C. 20530

I further certify that on the 15th day of May 2008, I caused to be delivered by Federal Express, next day delivery, a copy of the above pleadings to:

Island Roads Corporation
6501 Red Hook Plaza
St. Thomas, VI 00802-1306

Michael A. Gordon
Counsel of Record for Plaintiff, Tip Top Construction,