ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-352 C |

TIP TOP CONSTRUCTION INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff, Tip Top Construction, Inc., ("Tip Top"), through its undersigned counsel of record, submits this corporate disclosure statement. Tip Top has no parent corporation and no publicly-held corporation holding 10% or more of Tip Top's stock.

Respectfully submitted,

Michael A. Gordon
MICHAEL A. GORDON PLLC
1629 K Street N.W., Suite 300
Washington, D.C. 20006
(202) 508-1464 (telephone)
(202) 349-1701 (facsimile)

Attorney of Record
for Plaintiff, Tip Top Construction, Inc.

OF COUNSEL:
Fran Baskin, Esquire
MICHAEL A. GORDON PLLC

May 15, 2008