IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-352C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant provides this notice that it is filing the administrative record of the proceedings regarding plaintiff's protest of the award at issue in this matter on CD-ROM and providing two bound courtesy copies and a CD-ROM to chambers.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Amanda L. Tantum
AMANDA L. TANTUM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-8131
Fax. (202) 514-8624

May 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of May, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Amanda L. Tantum