IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-352C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Amanda L. Tantum, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Amanda L. Tantum
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12070
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Amanda L. Tantum
Amanda L. Tantum
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-8131
Facsimile: (202) 514-8624
E-mail: Amanda.Tantum@usdoj.gov

Dated: May 20, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on the May 20, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Amanda L. Tantum