# In the United States Court of Federal Claim

No. 08-352 C
(Filed May 21, 2008)

```
* * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC.    *
                              *
        Plaintiff,            *
                              *
    v.                        *
                              *
THE UNITED STATES,            *
                              *
        Defendant.            *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On May 20, 2008, defendant filed an unopposed Motion for Leave to File the Administrative Record (AR) on CD-ROM. Defendant states that the AR in the subject matter exceeds the four megabyte size limitation applicable to electronic filings and the required fifty pages limitation requirement for printed documents. Defendant has delivered two paper bound copies of the AR to chambers of the undersigned, pursuant to the court's order of May 19, 2008. Therefore, the government requests permission from the court to file the AR with the court on CD-ROM.

Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and, the Clerk's Office is directed to **FILE** the Administrative Record on **CD-ROM** as of the date of this order.

/s/Lynn J. Bush
LYNN J. BUSH
Judge