**From:** Joe Hollins [mailto:joe@tiptopvi.com]
**Sent:** Wednesday, February 20, 2008 5:04 PM
**To:** Wanda.Peffer@fhwa.dot.gov
**Subject:** VI 9999(117)

Wanda Peffer:

I sadden to say that I am disappointed that you are not accepting our bid bond. For the record we have used the same company for bid bonds on previous Eastern Federal Lands projects with no problems. In addition, our performance and payment bonds are not individual sureties and are issued by Travelers Insurance which is a treasury listed company. We would like to be afforded an opportunity to clarify the assets on the assets sheet listed on the bid bond. The bid bond entity has other marketable assets including cash in addition to what you reference as a deficiency in your letter.

Joe Hollins
Tip Top Construction
340.773.5252
340.773.8191FAX