

U.S. Department of Transportation
**Federal Highway Administration**

# 2006 Biennial Awards
# Excellence in Highway Design

## Award of Merit
## Historic Preservation

Presented to:

**Tip Top Construction Company**

**Market Street Project**

This project restored Market Street, a historic streetscape in Christiansted in the U.S. Virgin Islands. Work included reconstructing the pavement with brick and cobblestone, preserving historic drainage infrastructure, and burying utilities in duct banks.

Administrator, Federal Highway Administration