# In the United States Court of Federal Claim

No. 08-352 C

(Filed May 28, 2008)

* * * * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC. *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 27, 2008, the court conducted a telephonic conference call to determine whether the parties had completed supplementation of the administrative record, and if so, to revise the briefing schedule. Participating with the undersigned in May 27, 2008 teleconference were:

Michael A. Gordon, counsel for plaintiff;
Amanda Tantum, counsel for defendant;
Cheryl Mpande, law clerk.

Both counsel informed the court that supplementation of the administrative record shall be completed by May 28, 2008, and a copy of the supplemented documents shall be filed on that date. Defendant's counsel asserts that, at this juncture, the government has provided all responsive documents to plaintiff, except for the metadata which is unretrievable. Plaintiff asserts that if the government is representing that there are no more responsive documents relating to the subject matter, then plaintiff agrees this supplement completes the administrative record.

Because of the time taken to supplement the administrative record, counsel have agreed to the revised briefing schedule set forth below. Also as previously

ordered on May 19, 2008, the agency, during the pendency of this protest, may proceed with any paperwork (e.g. submittals) required by Island Roads Corporation (IRC), the successful offeror, prior to the commencement of the construction, but there shall be a stay of performance of the contract until the court issues an opinion.

Accordingly, it is hereby **ORDERED** that:

(1) Although the government has agreed to **STAY** performance of the contract in most respects, the successful offeror, IRC, may **ENGAGE** in preparatory paperwork and furnish submittals to the agency;

(2) Defendant shall **FILE** and serve on plaintiff the Supplemental Administrative Record, by **5:00 p.m.** on **May 28, 2008**; Defendant shall also **DELIVER** two bound paper copies of the Supplemental Administrative Record to chambers by **5:00 p.m., eastern** time on **May 28, 2008**;

(3) Plaintiff shall **FILE** a Motion for Judgment on the Administrative Record by **5:00 p.m.**, **eastern time** on **June 3, 2008**;

(4) Defendant shall **FILE** its Cross Motion for Judgment on the Administrative Record by **5:00 p.m.**, **eastern time** on **June 10, 2008**;

(5) Plaintiff shall **FILE** a Response/Reply to defendant's Cross Motion by **5:00 p.m.**, **eastern time** on **June 17, 2008**;

(6) Defendant shall **FILE** its Reply by **5:00 p.m.**, **eastern time** on **June 20, 2008**;

(7) Whenever briefing, including exhibits and attachments, causes an electronic filing to exceed thirty pages, the party shall **DELIVER** a paper courtesy copy of that filing to chambers by **5:00 p.m.**, **eastern time** on the day of filing; and

(8) **Oral Argument** shall be **HELD** on **Wednesday**, **July 2, 2008** at **2:00 p.m.**, **eastern time**, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby; and

(9) Should the government's position on the stay of performance of the contract change, defendant shall **INFORM** the court at least ten days before the date contract work would begin, of its request to lift the stay of performance hereby agreed to.

/s/Lynn J. Bush
LYNN J. BUSH
Judge