IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-352C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD IN RESPONSE TO THE MAY 21, 2008 ORDER**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant provides this notice that it is filing on CD-ROM the supplementation to the administrative record in response to the Court's May 21, 2008 order granting in part and denying in part plaintiff's motion to supplement the administrative record and providing two bound courtesy copies and a CD-ROM to chambers.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s/ Amanda L. Tantum
AMANDA L. TANTUM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-8131
Fax. (202) 514-8624

May 28, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of May, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD IN RESPONSE TO THE MAY 21, 2008 ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Amanda L. Tantum