# EXHIBIT A

# STANDARD SPECIFICATIONS FOR CONSTRUCTION OF ROADS AND BRIDGES ON FEDERAL HIGHWAY PROJECTS

## FP-03

### U.S. Customary Units

U.S. Department
of Transportation

**Federal Highway
Administration**

**Federal
Lands Highway**

# Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects

# FP-03

## U.S. Customary Units

## U.S. DEPARTMENT OF TRANSPORTATION
## Federal Highway Administration

# PREFACE

These Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects are issued primarily for constructing roads and bridges on Federal Highway projects under the direct administration of the Federal Highway Administration. These specifications are cited as "FP-03 U.S. Customary Units" indicating "Federal Project" Standard Specifications issued in 2003 and converted to United States customary measure units. U.S customary units were previously referred to as English units and are the units of measurement customarily used in the U.S. today.

When designated in a contract, the FP-03 becomes part of the contract and binding upon all parties to the contract. All construction contracts of the Federal Highway Administration are also governed by the following regulations:

- Federal Acquisition Regulation (FAR), Title 48, Code of Federal Regulations, Chapter 1; and

- Transportation Acquisition Regulation (TAR), Title 48, Code of Federal Regulations, Chapter 12.

The FAR and TAR regulations are not included in the FP-03. A complete copy of the FAR is available from the Superintendent of Documents, Congressional Sales Office, U.S. Government Printing Office, Washington, DC 20402.

U.S. customary measure units are used in the FP-03 U.S. Customary Units as authorized by the Waiver Request of DOT Metric Policy approved on May 5, 1999.

| SI [1] (METRIC) TO U .S. CUSTOMARY CONVERSION FACTORS (approximate) | | | | |
|---|---|---|---|---|
| **Symbol** | **When You Know** | **Multiply By** | **To Find** | **Symbol** |
| **LENGTH** | | | | |
| µm | micrometers | $3.9 \times 10^{-5}$ | inches | in |
| mm | millimeters | 0.039 | inches | in |
| m | meters | 3.28 | feet | ft |
| m | meters | 1.09 | yards | yd |
| km | kilometers | 0.621 | miles | mi |
| **AREA** | | | | |
| $mm^2$ | square millimeters | 0.0016 | square inches | $in^2$ |
| $m^2$ | square meters | 10.764 | square feet | $ft^2$ |
| $m^2$ | square meters | 1.195 | square yards | $yd^2$ |
| ha | hectares | 2.47 | acres | ac |
| $km^2$ | square kilometers | 0.386 | square miles | $mi^2$ |
| **VOLUME** | | | | |
| mL | milliliters | 0.034 | fluid ounces | fl oz |
| L | liters | 0.264 | gallons | gal |
| $m^3$ | cubic meters | 35.31 | cubic feet | $ft^3$ |
| $m^3$ | cubic meters | 1.308 | cubic yards | $yd^3$ |
| **MASS** | | | | |
| g | grams | 0.035 | ounces | oz |
| kg | kilograms | 2.202 | pounds | lb |
| Mg | megagrams | 1.1023 | short tons | T |
| (or "t") | (or "metric ton") | | (2000 lb) | |
| **TEMPERATURE (exact)** | | | | |
| ºC | Celsius temperature | 1.8C +32 | Fahrenheit temperature | ºF |
| **ILLUMINATION** | | | | |
| lx | lux | 0.0929 | foot-candles | fc |
| $cd/m^2$ | candela/$m^2$ | 0.2919 | foot-Lamberts | fl |
| **MISCELLANEOUS** | | | | |
| J | joule | 0.7376 | foot·poundforce | ft·lbf |
| N | newtons | 0.225 | poundforce | lbf |
| kPa | kilopascals | 0.145 | poundforce per square inch | $lbf/in^2$ |

(1) SI is the symbol for the International System of Units.
Appropriate rounding should be made to comply with Section 4 of ASTM E 380.

# TABLE OF CONTENTS

## DIVISION 100 GENERAL REQUIREMENTS

| | | Page |
|---|---|---|
| Section 101 | TERMS, FORMAT, AND DEFINITIONS | |
| 101.01 | Meaning of Terms | 2 |
| 101.02 | Specifications Format | 2 |
| 101.03 | Abbreviations | 2 |
| 101.04 | Definitions | 6 |
| Section 102 | BID, AWARD, AND EXECUTION OF CONTRACT | |
| 102.01 | Acquisition Regulations | 12 |
| 102.02 | Preparation of Bids | 12 |
| 102.03 | Bid Guarantee | 13 |
| 102.04 | Individual Surety | 13 |
| 102.05 | Public Opening of Bids | 14 |
| 102.06 | Performance and Payment Bonds | 14 |
| Section 103 | SCOPE OF WORK | |
| 103.01 | Intent of Contract | 15 |
| 103.02 | Disputes | 15 |
| 103.03 | Value Engineering | 15 |
| 103.04 | Contractor Records | 15 |
| 103.05 | Partnering | 15 |
| Section 104 | CONTROL OF WORK | |
| 104.01 | Authority of the Contracting Officer (CO) | 17 |
| 104.02 | Authority of Inspectors | 17 |
| 104.03 | Specifications and Drawings | 17 |
| 104.04 | Coordination of Contract Documents | 19 |
| 104.05 | Load Restrictions | 19 |
| Section 105 | CONTROL OF MATERIAL | |
| 105.01 | Source of Supply and Quality Requirements | 20 |
| 105.02 | Material Sources | 20 |
| 105.03 | Material Source Management | 21 |
| 105.04 | Storing and Handling Material | 21 |
| 105.05 | Use of Material Found in the Work | 21 |

Page

Section 106 ACCEPTANCE OF WORK
106.01 Conformity with Contract Requirements ........ 22
106.02 Visual Inspection ........ 23
106.03 Certification ........ 23
106.04 Measured or Tested Conformance ........ 24
106.05 Statistical Evaluation of Work and Determination of Pay Factor (Value of Work) ........ 24
106.06 Inspection at the Plant ........ 32
106.07 Partial and Final Acceptance ........ 32

Section 107 LEGAL RELATIONS AND RESPONSIBILITY TO THE PUBLIC
107.01 Laws to be Observed ........ 33
107.02 Protection and Restoration of Property and Landscape ........ 33
107.03 Bulletin Board ........ 34
107.04 Railroad Protection ........ 34
107.05 Responsibility for Damage Claims ........ 36
107.06 Contractor's Responsibility for Work ........ 36
107.07 Furnishing Right-of-Way ........ 37
107.08 Sanitation, Health, and Safety ........ 37
107.09 Legal Relationship of the Parties ........ 37
107.10 Environmental Protection ........ 37
107.11 Protection of Forests, Parks, and Public Lands ........ 38

Section 108 PROSECUTION AND PROGRESS
108.01 Commencement, Prosecution, and Completion of Work ........ 39
108.02 Subcontracting ........ 39
108.03 Determination and Extension of Contract Time ........ 39
108.04 Failure to Complete Work on Time ........ 40
108.05 Stop Order ........ 41

Section 109 MEASUREMENT AND PAYMENT
109.01 Measurement of Work ........ 42
109.02 Measurement Terms and Definitions ........ 43
109.03 Weighing Procedures and Devices ........ 45
109.04 Receiving Procedures ........ 47
109.05 Scope of Payment ........ 47
109.06 Pricing of Adjustments ........ 48
109.07 Eliminated Work ........ 50
109.08 Progress Payments ........ 50
109.09 Final Payment ........ 52

**DIVISION 150 PROJECT REQUIREMENTS**


| | | | Page |
|---|---|---|---|
| Section | 151 | Mobilization | 56 |
| | 152 | Construction Survey and Staking | 57 |
| | 153 | Contractor Quality Control | 63 |
| | 154 | Contractor Sampling and Testing | 66 |
| | 155 | Schedules for Construction Contracts | 68 |
| | 156 | Public Traffic | 73 |
| | | Accommodation Traffic During Work | |
| | | Maintaining Roadways During Work | |
| | | Maintaining Roadways During Non-Work Periods | |
| | | Limitations on Construction Operations | |
| | | Nighttime Operations | |
| | | Traffic and Safety Supervisor | |
| | 157 | Soil Erosion Control | 77 |
| | 158 | Watering for Dust Control | 82 |


**DIVISION 200 EARTHWORK**


| | | | |
|---|---|---|---|
| Section | 201 | Clearing and Grubbing | 86 |
| | 202 | Additional Clearing and Grubbing | 88 |
| | 203 | Removal of Structures and Obstructions | 90 |
| | 204 | Excavation and Embankment | 93 |
| | 205 | Rock Blasting | 105 |
| | 206 | Reserved | 112 |
| | 207 | Earthwork Geotextiles | 113 |
| | 208 | Structure Excavation and Backfill for Selected Major Structures | 115 |
| | 209 | Structure Excavation and Backfill | 121 |
| | 210 | Reserved | 127 |
| | 211 | Roadway Obliteration | 128 |
| | 212 | Linear Grading | 130 |
| | 213 | Subgrade Stabilization | 132 |


**DIVISION 250 SLOPE REINFORCEMENT AND RETAINING WALLS**


| | | | |
|---|---|---|---|
| Section | 251 | Riprap | 138 |
| | 252 | Special Rock Embankment and Rock Buttress | 141 |
| | 253 | Gabions and Revet Mattresses | 143 |
| | 254 | Crib Walls | 146 |
| | 255 | Mechanically-Stabilized Earth Walls | 148 |
| | 256 | Permanent Ground Anchors | 152 |
| | 257 | Alternate Retaining Walls | 161 |
| | 258 | Reinforced Concrete Retaining Walls | 165 |
| | 259 | Soil Nail Retaining Walls | 167 |
| | 260 | Rock Bolts | 178 |
| | 261 | Rock Dowels | 181 |

## DIVISION 300 AGGREGATE COURSES


| | | | Page |
|---|---|---|---|
| Section | 301 | Untreated Aggregate Courses | 184 |
| | 302 | Treated Aggregate Courses | 190 |
| | 303 | Road Reconditioning | 196 |
| | 304 | Aggregate Stabilization | 199 |
| | 305 | Aggregate-Topsoil Course | 206 |
| | 306 | Dust Palliative | 209 |
| | 307 | Reserved | 211 |
| | 308 | Minor Crushed Aggregate | 212 |
| | 309 | Emulsified Asphalt Treated Base Course | 215 |


## DIVISION 400 ASPHALT PAVEMENTS AND SURFACE TREATMENTS


| | | | |
|---|---|---|---|
| Section | 401 | Superpave Hot Asphalt Concrete Pavement | 220 |
| | 402 | Hot Asphalt Concrete Pavement By Hveem or Marshall Mix Design Method | 241 |
| | 403 | Hot Asphalt Concrete Pavement | 251 |
| | 404 | Minor Hot Asphalt Concrete | 256 |
| | 405 | Open-Graded Asphalt Friction Course | 259 |
| | 406 | Reserved | 263 |
| | 407 | Reserved | 263 |
| | 408 | Cold Recycled Asphalt Base Course | 264 |
| | 409 | Asphalt Surface Treatment | 268 |
| | 410 | Slurry Seal | 277 |
| | 411 | Asphalt Prime Coat | 282 |
| | 412 | Asphalt Tack Coat | 284 |
| | 413 | Asphalt Pavement Milling | 286 |
| | 414 | Asphalt Pavement Crack and Joint Sealing | 288 |
| | 415 | Paving Geotextiles | 291 |
| | 416 | Continuous Cold Recycled Asphalt Base Course | 293 |
| | 417 | Minor Cold Asphalt Mix | 299 |


## DIVISION 500 RIGID PAVEMENTS


| | | | |
|---|---|---|---|
| Section | 501 | Rigid Pavement | 302 |
| | 502 | Rigid Pavement Restoration | 317 |


## DIVISION 550 BRIDGE CONSTRUCTION


| | | | |
|---|---|---|---|
| Section | 551 | Driven Piles | 330 |
| | 552 | Structural Concrete | 345 |
| | 553 | Prestressed Concrete | 374 |
| | 554 | Reinforcing Steel | 390 |
| | 555 | Steel Structures | 394 |
| | 556 | Bridge Railing | 416 |
| | 557 | Timber Structures | 419 |

Section Page
558 Dampproofing ... 424
559 Waterproofing ... 426
560 Removal of Concrete by Hydrodemolition ... 429
561 Reserved ... 431
562 Temporary Works ... 432
563 Painting ... 438
564 Bearing Devices ... 447
565 Drilled Shafts ... 452
566 Shotcrete ... 464

**DIVISION 600 INCIDENTAL CONSTRUCTION**

Section 601 Minor Concrete Structures ... 472
602 Culverts and Drains ... 476
603 Structural Plate Structures ... 479
604 Manholes, Inlets, and Catch Basins ... 481
605 Underdrains, Sheet Drains, and Pavement Edge Drains ... 484
606 Corrugated Metal Spillways ... 489
607 Cleaning, Reconditioning, and Repairing Existing Drainage Structures ... 491
608 Paved Waterways ... 493
609 Curb and Gutter ... 497
610 Horizontal Drains ... 501
611 Water Systems ... 503
612 Sanitary Sewer Systems ... 505
613 Simulated Stone Masonry Surface ... 507
614 Lean Concrete Backfill ... 511
615 Sidewalks, Drive Pads, and Paved Medians ... 513
616 Slope Paving ... 517
617 Guardrail ... 521
618 Concrete Barriers and Precast Guardwalls ... 525
619 Fences, Gates, and Cattle Guards ... 529
620 Stone Masonry ... 537
621 Monuments and Markers ... 545
622 Rental Equipment ... 547
623 General Labor ... 548
624 Topsoil ... 549
625 Turf Establishment ... 551
626 Plants, Trees, Shrubs, Vines, and Groundcovers ... 554
627 Sod ... 559
628 Reserved ... 562
629 Rolled Erosion Control Products and Cellular Confinement Systems ... 563
630 Reserved ... 567
631 Reserved ... 567

Section Page

632 Reserved ........ 567
633 Permanent Traffic Control ........ 568
634 Permanent Pavement Markings ........ 571
635 Temporary Traffic Control ........ 577
636 Signal, Lighting, and Electrical Systems ........ 584
637 Facilities and Services ........ 588

**DIVISION 700 MATERIAL**

Section 701 Cement
701.01 Hydraulic Cement ........ 594
701.02 Masonry and Mortar Cement ........ 594

Section 702 Asphalt Material
702.01 Asphalt Binder ........ 595
702.02 Cut-Back Asphalt ........ 595
702.03 Emulsified Asphalt ........ 595
702.04 Application Temperatures ........ 595
702.05 Material for Dampproofing and Waterproofing Concrete and Masonry Surfaces ........ 596
702.06 Recycling Agent ........ 597
702.07 Asphalt Mastic ........ 597
702.08 Antistrip Additive ........ 597
702.09 Evaluation Procedures for Asphalt ........ 597
702.10 Cold Asphalt Mix ........ 598

Section 703 Aggregate
703.01 Fine Aggregate for Concrete ........ 599
703.02 Coarse Aggregate for Concrete ........ 599
703.03 Granular Backfill ........ 599
703.04 Permeable Backfill ........ 599
703.05 Subbase, Base, and Surface Course Aggregate ........ 600
703.06 Crushed Aggregate ........ 602
703.07 Hot Asphalt Concrete Pavement Aggregate ........ 602
703.08 Open-Graded Asphalt Friction Course Aggregate ........ 604
703.09 Reserved ........ 604
703.10 Asphalt Surface Treatment Aggregate ........ 604
703.11 Slurry Seal and Micro-Surfacing Aggregate ........ 606
703.12 Choker Aggregate ........ 607
703.13 Blotter ........ 607
703.14 Aggregate for Aggregate-Topsoil Course ........ 608
703.15 Sand ........ 608
703.16 Aggregate for Lean Concrete Backfill ........ 608
703.17 Superpave Asphalt Concrete Pavement Aggregate ........ 608
703.18 Shotcrete Aggregate ........ 610
703.19 Recycled Asphalt Pavement ........ 611

| | | | Page |
|---|---|---|---|
| Section | 704 | Soil | |
| | 704.01 | Foundation Fill | 612 |
| | 704.02 | Bedding Material | 612 |
| | 704.03 | Backfill Material | 612 |
| | 704.04 | Structural Backfill | 612 |
| | 704.05 | Topping | 613 |
| | 704.06 | Unclassified Borrow | 613 |
| | 704.07 | Select Borrow | 613 |
| | 704.08 | Select Topping | 613 |
| | 704.09 | Bed Course | 614 |
| | 704.10 | Select Granular Backfill | 614 |
| | 704.11 | Reserved | 615 |
| | 704.12 | Crib Wall Backfill | 615 |
| Section | 705 | Rock | |
| | 705.01 | Gabion and Revet Mattress Rock | 616 |
| | 705.02 | Riprap Rock | 616 |
| | 705.03 | Rock for Masonry Structures | 618 |
| | 705.04 | Rock for Special Rock Embankment | 620 |
| | 705.05 | Rock for Buttresses | 620 |
| | 705.06 | Stone Curbing | 621 |
| Section | 706 | Concrete And Plastic Pipe | |
| | 706.01 | Non-Reinforced Concrete Pipe | 622 |
| | 706.02 | Reinforced Concrete Pipe | 622 |
| | 706.03 | Perforated Concrete Pipe | 622 |
| | 706.04 | Reinforced Arch-Shaped Concrete Pipe | 622 |
| | 706.05 | Reinforced Elliptically-Shaped Concrete Pipe | 622 |
| | 706.06 | Reinforced D-Load Concrete Pipe | 622 |
| | 706.07 | Precast Reinforced Concrete Box Sections | 622 |
| | 706.08 | Plastic Pipe | 622 |
| Section | 707 | Metal Pipe | |
| | 707.01 | Ductile Iron Culvert Pipe | 624 |
| | 707.02 | Metallic-Coated Corrugated Steel Pipe | 624 |
| | 707.03 | Aluminum-Alloy Corrugated Pipe | 624 |
| | 707.04 | Asphalt-Coated Pipe | 624 |
| | 707.05 | Steel Structural Plate Structures | 624 |
| | 707.06 | Aluminum-Alloy Structural Plate Structures | 624 |
| | 707.07 | Asphalt-Coated Structural Plate Structures | 624 |
| | 707.08 | Polymer-Coated Steel Pipe | 625 |
| | 707.09 | Fiber-Bonded Asphalt Coated Steel Pipe | 625 |
| | 707.10 | Slotted Drain Pipe | 625 |
| | 707.11 | Metallic-Coated Spiral Rib Pipe | 625 |

| Section | | | Page |
|---|---|---|---|
| | 707.12 | Aluminum-Alloy Spiral Rib Pipe | 625 |
| | 707.13 | Concrete-Lined Corrugated Steel Pipe | 625 |
| | 707.14 | Invert-Paved Corrugated Steel Pipe | 625 |
| Section | 708 | Paint | |
| | 708.01 | General | 626 |
| | 708.02 | Paint for Timber Structures | 627 |
| | 708.03 | Paint for Concrete and Masonry Block Structures | 627 |
| | 708.04 | Paint for Steel Structures | 627 |
| | 708.05 | Penetrating Stain | 627 |
| Section | 709 | Reinforcing Steel And Wire Rope | |
| | 709.01 | Reinforcing Steel | 628 |
| | 709.02 | Wire Rope or Wire Cable | 629 |
| | 709.03 | Prestressing Steel | 629 |
| Section | 710 | Fence And Guardrail | |
| | 710.01 | Barbed Wire | 631 |
| | 710.02 | Woven Wire | 631 |
| | 710.03 | Chain Link Fence | 631 |
| | 710.04 | Fence Posts and Bollards | 631 |
| | 710.05 | Fence Gates | 631 |
| | 710.06 | Metal Beam Rail | 631 |
| | 710.07 | Box Beam Rail | 632 |
| | 710.08 | Steel-Backed Timber Rail | 632 |
| | 710.09 | Guardrail Posts | 632 |
| | 710.10 | Guardrail Hardware | 632 |
| | 710.11 | Temporary Plastic Fence | 633 |
| Section | 711 | Concrete Curing Material And Admixtures | |
| | 711.01 | Curing Material | 634 |
| | 711.02 | Air-Entraining Admixtures | 634 |
| | 711.03 | Chemical Admixtures | 634 |
| | 711.04 | Latex Modifier | 634 |
| | 711.05 | Concrete Coloring Agent | 634 |
| Section | 712 | Joint Material | |
| | 712.01 | Sealants, Fillers, Seals, and Sleeves | 635 |
| | 712.02 | Joint Mortar | 637 |
| | 712.03 | Watertight Gaskets | 637 |
| | 712.04 | Reserved | 637 |
| | 712.05 | Mortar for Masonry Beds and Joints | 637 |

Page

Section 713 Roadside Improvement Material
713.01 Topsoil ....639
713.02 Agricultural Limestone ....639
713.03 Fertilizer ....640
713.04 Seed ....640
713.05 Mulch ....640
713.06 Plant Material ....643
713.07 Cellular Confinement Systems ....644
713.08 Miscellaneous Planting Material ....644
713.09 Reserved ....645
713.10 Sod ....645
713.11 Pegs for Sod ....645
713.12 Stabilizing Emulsion Tackifiers ....645
713.13 Erosion Control Bales, Wattles, Logs, and Rolls ....646
713.14 Sandbags ....646
713.15 Erosion Control Culvert Pipe ....646
713.16 Silt Fence ....646
713.17 Temporary Rolled Erosion Control Products ....647
713.18 Permanent Rolled Erosion Control Products ....650

Section 714 Geotextile And Geocomposite Drain Material
714.01 Geotextile ....652
714.02 Geocomposite Drains ....657

Section 715 Piling
715.01 Untreated Timber Piles ....660
715.02 Treated Timber Piles ....660
715.03 Concrete Piles ....660
715.04 Steel Shells ....661
715.05 Steel Pipes ....662
715.06 Steel H-Piles ....662
715.07 Sheet Piles ....662
715.08 Pile Shoes ....662
715.09 Splices ....662

Section 716 Material For Timber Structures
716.01 Untreated Structural Timber and Lumber ....663
716.02 Hardware ....663
716.03 Treated Structural Timber and Lumber ....663
716.04 Structural Glued Laminated Timber ....664

Page

Section 717 Structural Metal
717.01 Structural Steel ........ 665
717.02 Steel Forgings ........ 665
717.03 Pins and Rollers ........ 665
717.04 Castings ........ 666
717.05 Welded Stud Shear Connectors ........ 666
717.06 Steel Pipe ........ 666
717.07 Galvanized Coatings ........ 666
717.08 Sheet Lead ........ 666
717.09 Steel Grid Floors ........ 666
717.10 Bearings ........ 666
717.11 Polyetrafluoroethylene (PTFE) Surfaces for Bearings ........ 666
717.12 Structural Aluminum Alloy ........ 668
717.13 Aluminum Alloy for Bridge Rail ........ 668
717.14 Aluminum Bolt Heads and Nuts ........ 668
717.15 Aluminum Welding Wire ........ 668
717.16 Elastomeric Compression Joint Seals ........ 668

Section 718 Traffic Signing And Marking Material
718.01 Retroreflective Sheeting ........ 669
718.02 Reserved ........ 669
718.03 Plywood Panels ........ 669
718.04 Steel Panels ........ 669
718.05 Aluminum Panels ........ 669
718.06 Plastic Panels ........ 670
718.07 Extruded Aluminum Panels ........ 671
718.08 Signposts ........ 671
718.09 Object Marker and Delineator Posts ........ 672
718.10 Hardware ........ 672
718.11 Letters, Numerals, Arrows, Symbols, and Borders ........ 673
718.12 Delineator and Object Marker Retroreflectors ........ 673
718.13 Conventional Traffic Paint ........ 674
718.14 Waterborne Traffic Paint ........ 674
718.15 Epoxy Markings ........ 676
718.16 Polyester Markings ........ 677
718.17 Thermoplastic Markings ........ 678
718.18 Preformed Plastic Markings ........ 678
718.19 Glass Beads ........ 678
718.20 Raised Pavement Markers ........ 679
718.21 Temporary Pavement Markings ........ 679
718.22 Temporary Traffic Control Devices ........ 679
718.23 Epoxy Resin Adhesives ........ 679

Section 719 Reserved ........ 680

Page

Section 720 Structural Wall And Stabilized Embankment Material
720.01 Mechanically-Stabilized Earth Wall Material....681
720.02 Gabion and Revet Mattress Material....683
720.03 Metal Bin Type Crib Walls....685

Section 721 Electrical And Illumination Material
721.01 Electrical Material....686
721.02 Lighting Material....688

Section 722 Anchor Material
722.01 Anchorage Devices....691
722.02 Ground Anchors....691
722.03 Rock Bolts....693
722.04 Soil Nails....693

Section 723 Reserved....694

Section 724 Reserved....694

Section 725 Miscellaneous Material
725.01 Water....695
725.02 Calcium Chloride, Calcium Chloride Flakes, and Magnesium Chloride....695
725.03 Lime....695
725.04 Pozzolans....695
725.05 Mineral Filler....696
725.06 Precast Concrete Curbing and Wheelstops....696
725.07 Clay or Shale Brick....696
725.08 Concrete Brick....696
725.09 Concrete Masonry Units....696
725.10 Cellular Concrete Blocks....696
725.11 Precast Concrete Units and Accessories....696
725.12 Frames, Grates, Covers, and Ladder Rungs....697
725.13 Corrugated Metal Units....698
725.14 Protective Coatings for Concrete....698
725.15 Polyvinyl Chloride (PVC) Pipe for Water Distribution Systems....698
725.16 Polyethylene (PE) Pipe for Water Distribution Systems....698
725.17 Cast Iron Soil Pipe and Fittings....698
725.18 Seamless Copper Water Tube and Fittings....698
725.19 Plastic Lining....698
725.20 Lignosulfonate....698
725.21 Epoxy Resin Adhesives....699
725.22 Grout....699
725.23 Reserved....699

Section Page
725.24 Color Coating ........ 700
725.25 Explosives and Blasting Accessories ........ 700
725.26 Mineral Slurry (Drillers Mud) ........ 700
725.27 Form Liner ........ 700
725.28 Aluminum-Impregnated Caulking Compound ........ 700
725.29 Reinforcing Fibers ........ 700

# DIVISION 100

# GENERAL REQUIREMENTS

## Section 101. – TERMS, FORMAT, AND DEFINITIONS

**101.01 Meaning of Terms.** These specifications are generally written in the imperative mood. In sentences using the imperative mood, the subject, *"the Contractor,"* is implied. Also implied in this language are *"shall," "shall be,"* or similar words and phrases. In material specifications, the subject may also be the supplier, fabricator, or manufacturer supplying material, products, or equipment for use on the project.

Wherever *"directed," "required," "prescribed,"* or other similar words are used, the *"direction," "requirement,"* or *"order"* of the Contracting Officer is intended. Similarly, wherever *"approved," "acceptable," "suitable," "satisfactory,"* or similar words are used, the words mean *"approved by," "acceptable to,"* or *"satisfactory to"* the Contracting Officer.

The word *"will"* generally pertains to decisions or actions of the Contracting Officer.

**101.02 Specifications Format.** These specifications are divided into 10 Divisions.

Division 100 consists of general contract requirements for which no direct payment is made. The requirements contained in Division 100 are applicable to all contracts.

Division 150 consists of project contract requirements that are applicable to all contracts. Work under Division 150 is paid for directly or indirectly according to Subsection 109.05 and the Section ordering the work. When there is no pay item in the bid schedule, no direct payment is made.

Divisions 200 through 600 consist of construction contract requirements for specific items of work. Work under these Divisions is paid for directly or indirectly according to Subsection 109.05 and the Section ordering the work. When there is no pay item in the bid schedule, no direct payment is made.

Division 700 contains the material requirements for Divisions 150 through 600. No direct payment is made in Division 700. Payment for material is included as part of the work required in Divisions 150 through 600.

The first three digits of the pay item number in the Bid Schedule identify the Section under which the work is performed.

**101.03 Abbreviations.** Whenever these abbreviations are used in the specifications, they represent the following:

**(a) Acronyms.**

**AA** — Aluminum Association

**AAN** — American Association of Nurserymen

**AAR** — Association of American Railroads

**AASHTO** — American Association of State Highway and Transportation Officials

**ACI** — American Concrete Institute

**ACPA** — American Concrete Pavement Association

**ADA** — Americans with Disabilities Act

**AGC** — Associated General Contractors of America

**AI** — Asphalt Institute

**AIA** — American Institute of Architects

**AISC** — American Institute of Steel Construction

**AISI** — American Iron and Steel Institute

**AITC** — American Institute of Timber Construction

**ANSI** — American National Standards Institute

**APWA** — American Public Works Association

**ARA** — American Railway Association

**AREA** — American Railway Engineering Association

**ARTBA** — American Road and Transportation Builders Association

**ASCE** — American Society of Civil Engineers

**ASCII** — American Standard Code for Information Interchange

**ASLA** — American Society of Landscape Architects

**ASTM** — American Society for Testing and Materials

**ATSSA** — American Traffic Safety Services Association

**AWPA** — American Wood Preservers Association

**AWS** — American Welding Society

**AWWA** — American Water Works Association

**CFR** — Code of Federal Regulations

**CO** — Contracting Officer and all representatives

**CRSI** — Concrete Reinforcing Steel Institute

**FAR** — Federal Acquisition Regulations (48 CFR Chapter 1)

**FHWA** — Federal Highway Administration

**FICA** — Federal Insurance Contributions Act

**FLH** — Federal Lands Highways

**FSS** — Federal Specifications and Standards

**FTMS** — Federal Test Method Standard

**FUTA** — Federal Unemployment Tax Act

**GSA** — General Services Administration

**IEEE** — Institute of Electrical and Electronic Engineers

**ISO** — International Organization for Standardization

**ISSA** — International Slurry Surfacing Association

**ITE** — Institute of Transportation Engineers

**MIL** — Military Specifications

**MPI** — Master Painters Institute

**MUTCD** — Manual on Uniform Traffic Control Devices (for Streets and Highways)

**NCHRP** — National Cooperative Highway Research Program

**NEMA** — National Electrical Manufacturer's Association

**NFPA** — National Forest Products Association

**NIST** — National Institute of Standards and Technology

**OSHA** — Occupational Safety and Health Administration

**PCA** — Portland Cement Association

**PCI** — Prestressed Concrete Institute

**PVC** — Polyvinyl Chloride

**PTI** — Post-Tensioning Institute

**SAE** — Society of Automotive Engineers

**SF** — Standard Form

**SI** — International System of Units

**SSPC** — Steel Structures Painting Council

**TAR** — Transportation Acquisition Regulations (48 CFR Chapter 12)

**UL** — Underwriter's Laboratory

**U.S.** — United States of America

**USC** — United States Code

**USGS** — United States Geological Survey

**USPS** — United States Postal Service

**(b) SI symbols.**

| | | | |
|---|---|---|---|
| **A** | — | ampere | electric current |
| **cd** | — | candela | luminous intensity |
| **ºC** | — | degree Celsius | temperature |
| **d** | — | day | time |
| **g** | — | gram | mass |
| **h** | — | hour | time |
| **H** | — | Henry | inductance |
| **ha** | — | hectare | area |
| **Hz** | — | hertz ($s^{-1}$) | frequency |
| **J** | — | joule (N•m) | energy |
| **K** | — | kelvin | temperature |
| **L** | — | liter | volume |
| **lx** | — | lux | illuminance |
| **m** | — | meter | length |
| **$m^2$** | — | square meter | area |
| **$m^3$** | — | cubic meter | volume |
| **min** | — | minute | time |
| **N** | — | newton ($kg•m/s^2$) | force |
| **Pa** | — | pascal ($N/m^2$) | pressure |
| **s** | — | second | time |
| **t** | — | metric ton | mass |
| **V** | — | volt (W/A) | electric potential |
| **W** | — | watt (J/s) | power |
| **Ω** | — | ohm V/A | electric resistance |
| **º** | — | degree | plane angle |
| **'** | — | minute | plane angle |
| **"** | — | second | plane angle |

**(c) SI prefix symbols.**

| | | | |
|---|---|---|---|
| **E** | — | exa | $10^{18}$ |
| **P** | — | peta | $10^{15}$ |
| **T** | — | tera | $10^{12}$ |
| **G** | — | giga | $10^{9}$ |
| **M** | — | mega | $10^{6}$ |
| **k** | — | kilo | $10^{3}$ |
| **c** | — | centi | $10^{-2}$ |
| **m** | — | milli | $10^{-3}$ |
| **µ** | — | micro | $10^{-6}$ |
| **n** | — | nano | $10^{-9}$ |
| **p** | — | pico | $10^{-12}$ |
| **f** | — | femto | $10^{-15}$ |
| **a** | — | atto | $10^{-18}$ |

**(d) Slope notation (vertical : horizontal).** For slopes flatter than 1V:1H, express the slope as the ratio of one unit vertical to a number of units horizontal. For slopes steeper than 1V:1H, express the slope as the ratio of a number of units vertical to one unit horizontal.

**101.04 Definitions.** The following definitions apply to this contract:

**Award** — The written acceptance of a bid by the CO.

**Backfill** — Material used to replace or the act of replacing material removed during construction. Material placed or the act of placing material adjacent to structures.

**Base** — The layer or layers of material placed on a subbase or subgrade to support a surface course.

**Bid** — A written offer by a bidder to perform work at a quoted price.

**Bidder** — Any individual or legal entity submitting a bid.

**Bid Guarantee** — A form of security assuring that the bidder will not withdraw a bid within the period specified for acceptance and will execute a written contract and furnish required bonds.

**Bid Schedule** — The prepared schedule included with the bid forms, containing the estimated quantities of pay items for which unit bid prices are invited.

**Bridge** — A structure more than 20 feet long, including supports, spanning and providing passage over a depression, waterway, railroad, highway, or other obstruction.

**Clear Zone** — The portion of the roadside, including the shoulder, available for the safe use by an errant vehicle in which the driver may regain control of the vehicle. Recommended distances for the clear zone are in the AASHTO Roadside Design Guide.

**Commercial Certification** — See Subsection 106.03.

**Construction Limits** — The limits on each side of the project that establish the area disturbed by construction operations and beyond which no disturbance is permitted. Typically the construction limits are the same as the clearing limits, except when additional clearing is required.

**Contract** — The written agreement between the Government and the Contractor setting forth the obligations of the parties for the performance of and payment for the prescribed work.

**Contracting Officer (CO) —** An official of the Government with the authority to enter into, administer, and terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the CO acting within the limits of their authority as delegated by the CO.

**Contract Modification —** Any written change in the terms of the contract. Contract modifications are of the following forms:

> **(a) Administrative change.** A unilateral contract change, in writing, that does not affect the substantive rights of the parties (e.g., a change in the paying office or the appropriation data).
>
> **(b) Change order.** A written order, signed by the CO, directing the Contractor to make a change that FAR Clause 52.243-4 Changes authorizes the CO to order without the Contractor's consent.
>
> **(c) Supplemental agreement.** A contract modification that is accomplished by the mutual action of the parties.

**Contractor** — The individual or legal entity contracting with the Government for performance of prescribed work.

**Contract Time** — The specified time allowed for completion of all contract work.

**Crashworthy** — A highway feature is crashworthy if it was successfully crash tested under the NCHRP Report 350, *Recommended Procedures for the Safety Performance Evaluation of Highway Features* or earlier comparable criteria or if it was accepted through analysis by FHWA, based on similarity to other crashworthy features. A list of crashworthy highway features is available on the FHWA Safety website.

**Cross-Section** — A vertical section of the ground or structure at right angles to the centerline or baseline of the roadway or other work.

**Culvert** — Any structure, not classified as a bridge, that provides an opening under the roadway.

**Day** — Each and every day shown on the calendar, beginning and ending at midnight.

**Density** — Mass per unit volume of material. Specific gravity multiplied by the unit mass of water.

**Detour** — A temporary rerouting of public traffic onto alternate existing roadways in order to avoid the work or part of the work.

**Diversion** — A temporary rerouting of public traffic onto a temporary alignment within the project limits in order to bypass the work or a portion of the work.

**Drawings** — Design sheets or fabrication, erection, or construction details submitted to the Government by the Contractor according to FAR Clause 52.236-21 Specifications and Drawings for Construction. Also refers to submissions and submittals.

**Government** — The Government of the United States of America.

**Highway, Street, or Road** — A general term denoting a public way for purposes of vehicular travel, including the entire area within the right-of-way.

**Layer** — See "lift."

**Lift** — Defined as follows:

> **(a)** When placing and compacting soils and aggregates, a lift is any single, continuous layer of material that receives the same compactive effort throughout during a single work operation.
>
> **(b)** When installing culvert pipe less than or equal to 48 inches in diameter, the backfill material placed on both sides of the pipe is considered to be contained in the same lift when the material is placed to the same elevation on both sides of the culvert, the compactive effort applied to one side of the culvert is the same as that applied to the other, and the compactive effort is applied to both sides of the pipe in a continuous operation.

**Material** — Any substances specified or necessary to satisfactorily complete the contract work.

**Maximum Particle Size** — The smallest sieve opening through which all particles in the material will pass.

**Measurement** — The process of identifying the dimensions, quantity, or capacity of an item. See Section 109 for measurement methods, terms, and definitions.

**Notice to Proceed** — Written notice to the Contractor to begin the contract work.

**Pavement Structure** — The combination of subbase, base, paving geotextiles, and surface courses placed on a subgrade to support and distribute the traffic load to the roadbed.

**Pay Item** — A specific item of work for which a unit and price is provided in the contract.

**Payment Bond** — The security executed by the Contractor and surety or sureties and furnished to the Government to ensure payments as required by law to all persons supplying labor or material according to the contract.

**Performance Bond** — The security executed by the Contractor and surety or sureties furnished to the Government to guarantee completion of the contract work.

**Plans** — The contract plans furnished by the Government showing the location, type, dimensions, and details of the work.

**Production Certification** — See Subsection 106.03.

**Professional Engineer** — Engineers who hold valid State licenses permitting them to offer engineering services directly to the public, who are experienced in the work for which they are responsible, who take legal responsibility for their engineering designs, and who are bound by a code of ethics to protect the public health.

**Profile Grade** — The trace of a vertical plane intersecting a particular surface of the proposed road construction located as shown on the plans, usually along the longitudinal centerline of the roadbed. Profile grade means either elevation or gradient of the trace according to the context.

**Project** — The specific section of the highway or other property on which construction is to be performed under the contract.

**Right-of-Way** — Real property necessary for the project, including roadway, buffer areas, access, and drainage areas.

**Roadbed** — The graded portion of a highway prepared as a foundation for the pavement structure and shoulders.

**Roadside** — All area within the right-of-way excluding the traveled way and shoulders.

**Roadway** — In general, the portion of a highway, including shoulders, for vehicular use. A divided highway has two or more roadways. In construction specifications, the portion of a highway within the construction limits.

**Roadway Prism** — The volume defined by the area between the original terrain cross-section and the final design cross-section multiplied by the horizontal distance along the centerline of the roadway.

**Roller Pass** — One trip of a roller in one direction over any one spot.

**Shoulder** — The portion of the roadway contiguous to the traveled way for accommodation of stopped vehicles, for emergency use, and for lateral support of the pavement structure.

**Sieve** — See AASHTO M 92.

**Solicitation** — The complete assembly of documents (whether attached or incorporated by reference) furnished to prospective bidders.

**Special Contract Requirements** — Additions and revisions to the standard specifications applicable to an individual project.

**Specifications** — The written requirements for performing work.

**Standard Forms** — Numbered forms issued by the General Services Administration for use as contract documents.

**Standard Plans** — Detailed plans approved for repetitive use and included as part of the plans.

**Standard Specifications** — The Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects approved for general application and repetitive use.

**Station** — (1) A measure of distance used for highways and railroads. A station is equal to 100 feet. (2) A precise location along a survey line.

**Structures** — Bridges, culverts, catch basins, drop inlets, retaining walls, cribbing, manholes, endwalls, buildings, sewers, service pipes, underdrains, foundation drains, and other constructed features that may be encountered in the work.

**Subbase** — The layer or layers of material placed on a subgrade to support a base.

**Subcontract** — The written agreement between the Contractor and an individual or legal entity prescribing the performance of a specific portion of the work.

**Subcontractor** — An individual or legal entity with which the Contractor sublets part of the work. This includes all subcontractors in any tier.

**Subgrade** — The top surface of a roadbed upon which the pavement structure, shoulders, and curbs are constructed.

**Substantial Completion** — The point at which the project is complete such that it can be safely and effectively used by the public without further delays, disruption, or other impediments. For conventional bridge and highway work, the point at which all bridge deck, parapet, pavement structure, shoulder, drainage, sidewalk, permanent signing and markings, traffic barrier, safety appurtenance, utility, and lighting work is complete.

**Substructure** — All of the bridge below the bearings of simple and continuous spans, skewbacks of arches, and tops of footings of rigid frames including backwalls, wingwalls, and wing protection railings.

**Suitable Material** — Rock or earth material that will provide stable foundations, embankments, or roadbeds, and is reasonably free of organic matter, roots, muck, sod, or other detrimental material. Suitable material may require drying or adding water, root picking, and other methods of manipulation before use. Suitable material includes the classifications of materials for which the project was designed.

**Superintendent** — The Contractor's authorized representative in responsible charge of the work.

**Superstructure** — The entire bridge except the substructure.

**Surety** — An individual or corporation legally liable for the debt, default, or failure of a Contractor to satisfy a contract obligation.

**Surface Course** — The top layer or layers of a pavement structure designed to accommodate the traffic load and resist skidding, traffic abrasion, and weathering.

**Target Value (TV)** — A number established as a center for operating a given process. Once established, adjustments should be made in the process as necessary to maintain a central tendency about the target value. Test results obtained from a well-controlled process should cluster closely around the established target value and the mean of the test results should be equal to or nearly equal to the established target value.

**Traveled Way** — The portion of the roadway designated for the movement of vehicles, including curve widening, exclusive of shoulders.

**Unsuitable Material** — Material not capable of creating stable foundations, embankments, or roadbeds. Unsuitable material includes muck, sod, or soils with high organic contents.

**Work** — The furnishing of all labor, material, equipment, and other incidentals necessary to successfully complete the project according to the contract.

# Section 102. — BID, AWARD, AND EXECUTION OF CONTRACT

**102.01 Acquisition Regulations.** Bid, award, and execution of the contract are governed by the FAR and TAR.

**102.02 Preparation of Bids.** Follow the requirements of FAR Clause 52.214-18 Preparation of Bids — Construction.

Execute and submit all required standard forms, bid schedules, and solicitation provisions contained in the solicitation as part of the bid.

Complete SF 1442, *Solicitation, Offer, and Award*, and sign as follows:

**(a) Individuals.** Sign your individual signature. For individuals doing business as a firm, follow the individual signature with the individual's typed, stamped, or printed name and the words, *"an individual doing business as ______(name of firm)______."*

**(b) Partnerships.** Submit a list of all partners having authority to bind the partnership. One of the listed partners must sign on behalf of the partnership.

**(c) Corporations.** Sign in the corporate name, followed by the word *"by"* and the signature and title of the person authorized to sign. Submit evidence from the corporation that the person signing has authority to bind the corporation.

**(d) Joint ventures.** Submit a copy of the Joint Venture agreement. Sign the SF 1442 according to the Joint Venture agreement.

**(e) Limited liability company.** Sign in the company name, followed by the word "by" and the signature of the person authorized to sign. Submit evidence that the individual executing the document has authority to bind the company.

**(f) Agents.** When an agent signs, other than as stated in (a) through (e) above, furnish satisfactory evidence that the agent has authority to bind the bidder.

Insert a unit bid price, in figures, for each pay item for which a quantity appears in the bid schedule. Multiply the unit bid price by the quantity for each pay item and show the amount bid. Should any mathematical check made by the Government show a mistake in the amount bid, the corrected unit price extension shall govern.

When the words *"lump sum"* appear as a unit bid price, insert an amount bid for each lump sum pay item.

When the words *"contingent sum"* or a fixed rate appears as a unit bid price, include the Government inserted amount bid for the item in the total bid amount.

Total all of the amounts bid for each pay item and show the total bid amount.

The quantities shown in the bid schedule are approximate, unless designated as a contract quantity, and are used for the comparison of bids. Payment will be made for the actual quantities of work performed and accepted or material furnished according to the contract. The scheduled quantities may be increased, decreased, or deleted. Bid schedule quantities are considered the original contract quantities.

**102.03 Bid Guarantee.** Follow the requirements of FAR Clause 52.228-1 Bid Guarantee.

**(a) General.** Submit a bid guarantee of 20 percent of the amount of the bid or $3 million, whichever is less. Submit the bid guarantee on SF 24, *Bid Bond*. If the bid guarantee is other than a corporate or individual surety, sign the SF 24 as the principal and make a statement on the form pledging the security. Make checks or money orders payable to the agency issuing the solicitation.

**(b) Power of attorney.** A corporate surety shall submit a current power of attorney for the signing agent or attorney-in-fact with each SF 24.

**(c) Evidence of guarantee assistance.** A surety that has a guarantee of assistance from the Small Business Administration shall submit a copy of its *"Surety Bond Guarantee Agreement"* with each SF 24. In addition, submit a power of attorney for the surety representative identified in the agreement.

**102.04 Individual Surety.** Follow the requirements of FAR Clause 52.228-11 Pledges of Assets.

Complete and date the SF 28, *Affidavit of Individual Surety*, after the solicitation date. The individual surety shall personally sign the SF 28. Execution by power of attorney is not acceptable. Bidders cannot serve as their own surety. Assets named shall be committed to the project with a bank designated to serve as trustee.

After reviewing the SF 28, the surety may be requested to provide further documentation with respect to any of its assets, debts, or encumbrances. The information may be required to be furnished under oath. Failure of the surety to respond with the requested documentation within 7 days of receipt of the request is cause for rejection of the surety.

Any material misstatement by the surety, overstatement of assets (either as to ownership or value) or understatement of liabilities is cause for rejection of the surety. Substitution of individual sureties to support a bid bond after the bid opening will not be permitted.

**102.05 Public Opening of Bids.** Bids will be publicly opened at the time specified in the SF 1442. Their contents will be made public information. The Government reserves the right to reject bids as set forth in the FAR, Part 14.

**102.06 Performance and Payment Bonds.** Follow the requirements of FAR Clause 52.228-15 Performance and Payment Bonds – Construction. Furnish a performance bond and a payment bond each in the penal amount of 100 percent of the original contract price.

Use SF 25, *Performance Bond*, and SF 25A, *Payment Bond*, for submitting the bonds.

The requirements contained in Subsections 102.03 and 102.04 relating to power of attorney, evidence of guarantee assistance, and individual sureties also apply to performance and payment bonds.