IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-352C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant, the United States, respectfully requests the Court to grant leave for the Government to file a brief in reply to plaintiff's opposition to defendant's motion to dismiss this case and cross-motion for judgment on the administrative record that exceeds the page limitations established in RCFC 5.2(b)(2) by nine pages. Pursuant to RCFC 5.2(b)(2), reply briefs must be no more than 20 pages in length, but we have found it necessary to prepare a brief that is 29 pages in length. For the Court's convenience, a copy of our proposed brief is attached to this motion.

Counsel for the Government, in conjunction with the agency involved in the procurement underlying this action, has worked diligently to prepare a complete discussion of the many issues in this case. In particular, a substantial portion of our reply brief involves an extensive discussion of the numerous problems associated with the plaintiff's bid bond in this case and of the problems that created the plaintiff's inability to establish standing to maintain this protest. Unfortunately, because we wanted to ensure that the record contained an adequate explanation of each of the various reasons that plaintiff does not have standing to pursue this protest, our discussion of the standing issue, when added to our discussion regarding the reasons that

judgment in the Government's favor upon the administrative record would be appropriate even if the plaintiff established its standing, has required us to prepare a brief that exceeds the page limitations of RCFC 5.2(b)(2). Because of the necessarily expedited nature of the briefing schedule in this bid protest, we were unable to focus additional efforts on attempting to reduce the length of some of the discussion that we have included. Under these circumstances, the nine additional pages of our reply are reasonable and should not cause material prejudice, inconvenience, or delay.

For the foregoing reasons, we respectfully request that the Court grant us leave to file a reply brief that exceeds the page count limitations of RCFC 5.2(b)(2) by nine pages, a copy of which accompanies this motion.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Amanda L. Tantum by s/ Dawn E. Goodman
AMANDA L. TANTUM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-8131
Fax. (202) 514-8624

June 24, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 24, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman