# In the United States Court of Federal Claims

No. 08-352 C
(Filed June 25, 2008)

* * * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC. *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 24, 2008, defendant filed a Motion for Leave to Exceed the twenty Page Limitation, as set forth under RCFC 5.2(b)(2), by nine pages on its reply brief to plaintiff's opposition to defendant's motion to dismiss and cross-motion for judgment on the administrative record. Defendant's motion does not state plaintiff's position on the subject matter. Upon forwarding the filing to chambers, the Clerk's Office noted a defect in the attached proposed brief. The Clerk's Office stated that the index of the proposed reply brief should be in front of the brief with the table of contents and in front of the appendix. See RCFC 5.3(a)(1)(A) and (G).

Due to the urgent nature of this matter, it is hereby **ORDERED** that defendant's motion is **GRANTED** and defendant shall make the above-noted corrections and **FILE** it's **Reply brief** immediately.

/s/Lynn J. Bush
LYNN J. BUSH
Judge