IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-352C<br>Judge Lynn J. Bush |

SUPPLEMENTAL DECLARATION OF PERCY J. HOLLINS

1. I, Percy J. Hollins, am and have been the President of Tip Top Construction, Inc. ("Tip Top") at all relevant times. All of the statements herein are based on my personal knowledge.

2. Shortly after the Federal Highway Administration ("FHWA") rejected my bid, and after getting approval from the surety's agent, I sent my February 21, 2008 e-mail to the Contracting Officer, Wanda Peffer, in which I offered a substitute asset on the surety's behalf. I followed up that e-mail with a telephone call to Ms. Peffer and informed her that the surety was willing to provide a substitute asset or cash in support of the bid bond we provided. She stated that the FARs would not allow for a substitute asset by the individual surety and that she would not accept it.

3. I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Percy J. Hollins
President, Tip Top Construction, Inc.

Date: June 27, 2008