# In the United States Court of Federal Claims

No. 08-352 C
(Filed July 1, 2008)

* * * * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC. *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Currently pending before the court is plaintiff's Motion to Strike, or in the Alternative, to Supplement the Administrative Record. The court held a telephonic status conference with counsel for plaintiff and defendant on July 1, 2008. Participating with the undersigned in the teleconference were: Michael A. Gordon, counsel for plaintiff; Amanda Tantum, counsel for defendant; and, Cheryl Mpande, law clerk. This order memorializes the telephonic status conference resolutions and sets forth the rescheduling of oral argument in this matter.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff's Motion to Strike, or in the Alternative, to Supplement the Administrative Record, filed June 27, 2008, is denied, in part, as to the motion to strike and granted, in part, as to the motion to supplement the administrative record.

(2) Defendant's Appendix, filed June 26, 2008 with its reply brief, shall be deemed as part of the Administrative Record in this matter, as of the date of this order.

(3) The Declarations and Exhibits attached to plaintiff's June 27, 2008 motion shall be filed and deemed as part of the Administrative Record in this matter, as of the date of this order.

(4) **Oral Argument** shall be **HELD** in the above-captioned case on Thursday, **July 3, 2008** at **2:00 p.m.**, eastern time, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

(5) Unless counsel agree otherwise, as the party filing the dispositive motion, counsel for plaintiff shall present the opening argument; and

(6) No time limit shall be applicable for the presentations, but counsel will be afforded equal time and all proceedings must be concluded by or before 4:00 p.m., eastern time.

s/Lynn J. Bush
LYNN J. BUSH
Judge