IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-352C |
| v. | ) | Judge Lynn J. Bush |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

TIP TOP'S SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Pursuant to discussions following oral argument, Plaintiff, Tip Top Construction, Inc. ("Tip Top") submits the Declarations which this Court ordered were included in the Administrative Record ("AR"). Top's supplements, attached hereto, begin with the Supplemental Declaration of Percy J. Hollins at AR 700 and continue to AR 749.

Respectfully submitted,
s/ Michael A. Gordon
MICHAEL A. GORDON PLLC
1629 K Street N.W., Suite 300
Washington, D.C. 20006
(202) 508-1464 (telephone)
(202) 349-1701 (facsimile)
Attorney of Record
for Plaintiff, Tip Top Construction, Inc.

OF COUNSEL:
Fran Baskin, Esquire
July 7, 2008