# In the United States Court of Federal Claims

**No. 08-352 C**

**TIP TOP CONSTRUCTION, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed August 1, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of the defendant, and the complaint is dismissed with prejudice. Each party shall bear its own costs.

John S. Buckley
Acting Clerk of Court

**August 5, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.