# In the United States Court of Federal Claim

No. 08-352 C

(Filed August 8, 2008)

* * * * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC. *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 7, 2008, plaintiff Tip Top Construction, Inc. (Tip Top) filed its Motion for Reconsideration of this court's August 1, 2008 Opinion, which denied Tip Top's bid protest in the instant case and granted final judgment in favor of defendant. Plaintiff requests that, pursuant to Rule 59 of the Rules of United States Court of Federal Claims (RCFC), this court "reconsider its opinion denying Tip Top's protest and enter an injunction in the interim; alternatively, the Court should stay performance of the contract pending Tip Top's appeal of the decision." Plaintiff's motion is timely, pursuant to RCFC 59(b). The court may, in its discretion, order a response to a motion for reconsideration. *See id.*

The court has reviewed plaintiff's motion and its allegations of error. Plaintiff's burden is a heavy one. *See, e.g.*, *Pinckney v. United States*, No. 06-803C, 2008 WL 2973915, at *3 (Fed. Cl. July 29, 2008) (stating that "a party may not prevail on a motion for reconsideration by raising an issue for the first time on reconsideration when the issue was available to be litigated at the time the complaint was filed" (internal quotations and citation omitted)). The court, in its desire to consider plaintiff's arguments for reconsideration, will benefit from a response from defendant. The court, additionally, directs the government to respond to Tip Top's requests for interim injunctive relief.

In accordance with plaintiff's request for expedited treatment of these requests, it is hereby **ORDERED** that the government shall **FILE** its **Response** to plaintiff's motion, on or before **August 15, 2008**; and any **Reply** from plaintiff shall be filed no later than **August 19, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
JUDGE