# In the United States Court of Federal Claim

No. 08-352 C
(Filed August 13, 2008)

* * * * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC. *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ERRATA**

It is hereby **ORDERED** that in the court's opinion of August 1, 2008, Background, Section I, Paragraph 6 should read, as follows:

> On January 10, 2008, the agency opened the bids. The agency received three bids: GEC Inc., with a total bid price of $9,772,500; Island Roads Corporation (IRC) with a total bid price of $8,751,880; and Tip Top with a total bid price of $7,292,505. AR at 218. Tip Top was the lowest bidder, being approximately $1.4 million dollars lower than IRC's bid. Tip Top also estimated that it would take 300 calendar days to complete construction of the five-leg roundabout, and other miscellaneous work as opposed to the 675 calendar says proposed by IRC. *Id*.

s/Lynn J. Bush
LYNN J. BUSH
Judge