# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TIP TOP CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-352C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF THOMAS J. SCOTT

Thomas J. Scott, for his declaration pursuant to 28 U.S.C. § 1746 states as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this Declaration.

2. I am currently the Construction Engineer for the Eastern Federal Lands Highway Division, Federal Highway Administration (hereinafter "FHWA") and, as part of my employment with the FHWA, I supervise all personnel involved in our construction projects - including the onsite Project Engineer for the St. John Roundabout contract for Project No. VI 9999(117). See Attachment 1 (Plan Sheet 3 showing the location of the Project). I am also, by virtue of my position, the Administrative Contracting Officer for all construction projects administered by this Office.

3. A school for grades kindergarten through middle school is located at the intersection of roads at which the roundabout construction is taking place. See Attachment 2 (Plan Sheet 30 showing the current layout of the site and the location of the school). The students return to the School on August 25. See Attachment 3 (the 2008-2009 School Calendar posted on the website of the Virgin Islands Department of Education).

4. The Notice to Proceed was issued to the contractor, Island Roads Corporation (hereinafter Island Roads) effective Monday, August 11, 2008, after the Agency confirmed that the Court's Decision had been issued.

5. After the Notice to Proceed was issued, Island Roads began the process of mobilization, which includes locating its field trailers and moving equipment and supplies onto the construction site, and installing traffic control devices, such as barriers and signs, in accordance with the requirements of the Contract.

6. Also since the Notice to Proceed was issued, Island Roads, along with Dr.

LaVerne Terry, the Virgin Islands Commissioner for Education, and Mr. Ira Wade, the Deputy Commissioner of the Virgin Islands Department of Public Works, and the onsite Project Engineer for FHWA, Mr. Cullen Brooks, have met concerning the work to be done in the front of the school in order to reach agreement on a schedule for that work so that the school bus schedules can be appropriately adjusted.

7. The site has slopes that will have to be altered to allow for the construction of the roundabout. As part of that process, Island Roads has demolished the retaining wall in front of the School and is in the process of removing debris in preparation for constructing a new retaining wall in order to modify the slopes in front of the School. See Attachment 4 (Plan Sheet 31 showing the demolition needed) and Attachment 5 (a photo from the Solicitation Package showing the wall in front of the School prior to demolition). If the work were stopped before the debris is removed and the new wall is installed, the work site could present a hazard to the children.

I declare under penalty of perjury that the foregoing is true and correct this 14th day of August, 2008.

Thomas D. Scott

# ATTACHMENT 1

| REG | STATE | PROJECT | SHEET NO. |
|---|---|---|---|
| | VI | VI 9999(117) | A3 |







VICINITY MAP

# THE ISLAND OF ST. JOHN
# U.S. VIRGIN ISLANDS

NOT TO SCALE

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
EASTERN FEDERAL LANDS HIGHWAY DIVISION
STERLING, VIRGINIA

## LOCATION MAP

10/17/2007 9:21:58 AM M:\Projects\vi1\st_John\vi9999(78)\proj_dev\CADD\VI_title.dgn

# ATTACHMENT 2

| REG | STATE | PROJECT | SHEET NO. |
|---|---|---|---|
| | VI | VI 9999(117) | D2 |

FOR CONTOURS, SEE ROADWAY PLAN.

FOR REMOVAL AND DEMOLITION ITEMS, SEE DEMOLITION PLAN.




10/17/2007 10:29:46 AM M:\Projects\vi\s\vi\st_john\vi9999(78)\proj_dev\CADD\SURVEY_SUBMITTAL.dgn

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
EASTERN FEDERAL LANDS HIGHWAY DIVISION
STERLING, VIRGINIA

# EXISTING CONDITIONS SURVEY PLAN

0 10 20
SCALE IN FEET

# ATTACHMENT 3

GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

# DEPARTMENT OF EDUCATION

OFFICE OF THE COMMISSIONER

# 2008-2009 PUBLIC SCHOOL CALENDAR NARRATIVE

| SCHOOL BASED PERSONNEL SCHEDULE | REPORT DATES | DEPARTURE DATES |
|---|---|---|
| Secretarial/Clerical Personnel | August 11, 2008 | June 29, 2009 |
| Kitchen Managers | August 18, 2008 | June 22, 2009 |
| Kitchen Workers | August 19, 2008 | June 22, 2009 |
| Principals, Assistant Principals, Coordinators Supervisors & Bus Drivers | August 18, 2008 | June 22, 2009 |
| New Teachers | August 20, 2008 | June 15, 2009 |
| Guidance Counselors & Paraprofessionals | August 21, 2008 | June 17, 2009 |
| Returning Teachers, Registrars, Attendance Counselors, Diagnosticians, Psychologists & School Nurses | August 22, 2008 | June 15, 2009 |

## IMPORTANT DATES TO REMEMBER

| | | |
|---|---|---|
| **SCHOOL OPENS/STUDENTS RETURN** | **AUGUST 25, 2008** | **MONDAY** |
| *LABOR DAY* | *SEPTEMBER 1, 2008* | *MONDAY* |
| *PR/VI FRIENDSHIP DAY* | *OCTOBER 13, 2008* | *MONDAY* |
| **AFT MINI QUEST - ST. THOMAS** | **OCTOBER 17, 2008** | **FRIDAY** |
| **AFT MINI QUEST - ST. CROIX** | **OCTOBER 20, 2008** | **MONDAY** |
| **1ST MARKING PERIOD ENDS** | **OCTOBER 29, 2008** | **WEDNESDAY** |
| **2ND MARKING PERIOD BEGINS** | **OCTOBER 30, 2008** | **THURSDAY** |
| *D. HAMILTON JACKSON DAY* | *NOVEMBER 1, 2008* | *SATURDAY* |
| *ELECTION DAY* | *NOVEMBER 4, 2008* | *TUESDAY* |
| *VETERANS DAY* | *NOVEMBER 11, 2008* | *TUESDAY* |
| *THANKSGIVING BREAK* | *NOVEMBER 27-28, 2008* | |
| *CHRISTMAS BREAK-THREE KINGS' DAY* | *DEC. 24, 2008-JAN. 6, 2009* | |
| **SCHOOL RE-OPENS** | **JANUARY 7, 2009** | **WEDNESDAY** |
| *MARTIN LUTHER KING, JR. DAY OBSERVED* | *JANUARY 19, 2009* | *MONDAY* |
| **2ND MARKING PERIOD ENDS** | **JANUARY 21, 2009** | **WEDNESDAY** |
| **DISTRICT PROFESSIONAL DEVELOPMENT DAY** | **JANUARY 22, 2009** | **THURSDAY** |
| **DISTRICT PROFESSIONAL DEVELOPMENT DAY** | **JANUARY 23, 2009** | **FRIDAY** |
| **3RD MARKING PERIOD BEGINS** | **JANUARY 26, 2009** | **MONDAY** |
| *PRESIDENTS' DAY* | *FEBRUARY 16, 2009* | *MONDAY* |
| **3RD MARKING PERIOD ENDS** | **MARCH 25, 2009** | **THURSDAY** |
| **4TH MARKING PERIOD BEGINS** | **MARCH 26, 2009** | **FRIDAY** |
| *TRANSFER DAY* | *MARCH 31, 2009* | *TUESDAY* |
| *EASTER BREAK* | *APRIL 9-13, 2009* | |
| *SPRINGBREAK* | *APRIL27-MAY 1, 2009* | |
| *MEMORIAL DAY* | *MAY 25, 2009* | *MONDAY* |
| **SCHOOL ENDS** | **JUNE 15, 2009** | **MONDAY** |

**CREATED 032608**
**UPDATED 052708**

APPROVED:

[signature]

John P. deJongh, Jr.
Governor

June 5, 2008

Date

# ATTACHMENT 4

| REG | STATE | PROJECT | SHEET NO. |
|---|---|---|---|
| | VI | VI 9999(117) | D3 |




## LEGEND

- DEMOLITION LINE OF WALLS
- DEMOLITION LIMITS OF CONCRETE/ STRUCTURES
- DEMOLITION LIMITS OF ASPHALT

## LEGEND

- CONCRETE MONUMENT FOUND
- IRON PIPE FOUND
- IRON REBAR FOUND
- IRON REBAR SET
- CONCRETE BOUND SET
- T-IRON FOUND
- UTILITY POLE
- MONUMENTED POINT NOT FOUND
- UNMONUMENTED POINT
- UNMONUMENTED POINT ALT.
- CONTROL POINT SET
- DRAIN PIPE
- SEWER PIPE
- WATER PIPE
- TELEPHONE
- CABLE
- ELECTRIC
- PROPERTY LINE
- PROPERTY LINE (ESTIMATED)
- RECORD DATA WHERE DIFFERENT FROM MEASURED DATA
- FENCE LINE
- STONE WALL
- 80 CONTOUR LINE - 10' INTERVAL
- CONTOUR LINE - 2' INTERVAL
- 123.4 SPOT GRADE

## DEMOLITION NOTES:

1. MAINTAIN UTILITY SEVICES TO THE EXISTING PROPERTIES AT ALL TIMES DURING CONSTRUCTION.
2. ALL UTILITIES WILL REMAIN ACTIVE UNTIL PROPOSED PERMANENT RELOCATED UTILITIES ARE CONSTRUCTED.
3. REMOVE ANY EXISTING TREES AND LANDSCAPE WITHIN THE CONSTRUCTION LIMITS UNLESS OTHERWISE NOTED.
4. PROVIDE AND MAINTAIN PEDESTRIAN PATH AND FIRE ACCESS AROUND EXISTING BUILDING DURING DEMOLITION.
5. REMOVE ALL EXISTING CURB AND GUTTER, SIDEWALK AND CONCRETE AND ASPHALT PAVEMENT WITHIN THE PROJECT LIMITS, UNLESS OTHERWISE NOTED.
6. REMOVE ALL EXISTING STORM DRAINAGE SYSTEMS WITHIN THE PROJECT LIMITS, UNLESS OTHERWISE NOTED.
7. REMOVE OR ADJUST ALL EXISTING UTILITIES ACCORDING TO UTILITY COMPANIES INDICATIONS.
8. SUPPLY TEMPORARY SANITARY AND STORM SEWER BYPASSES AS NESCESSARY DURING THE CONSTRUCTION AT NO COST TO THE OWNER.
9. DISCONNECT ALL UTILITY SERVICES TO TEXACO GAS STATION BEFORE DEMOLITION.
10. BACKFILL ANY EXCAVATION DUE TO DEMOLITIONS WITH FILL AND COMPACT TO ACHIEVE A FIRM SUBGRADE.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
EASTERN FEDERAL LANDS HIGHWAY DIVISION
STERLING, VIRGINIA

# DEMOLITION PLAN

0 20 40
SCALE IN FEET

10/17/2007 10:30:32 AM M:\Projects\vi\st_john\vi9999(78)\proj_dev\CADD\VI_DEMO.dgn

# ATTACHMENT 5



Picture 5: SITE I on ROUTE 10/EAST – Shopping Center
(Seismic refraction Test)




Picture 6: SITE II on ROUTE 201 - School