

REG | STATE | PROJECT | SHEET NO.
VI | VI 9999(117) | D3
PROJECT LIMIT LINE
A
CURRENT OFF-SITE SCHOOL DROP-OFF
C
N
DEMOLITION NOTES:
1. MAINTAIN UTILITY SEVICES TO THE EXISTING PROPERTIES AT ALL TIMES DURING CONSTRUCTION.
2. ALL UTILITIES WILL REMAIN ACTIVE UNTIL PROPOSED PERMANENT RELOCATED UTILITIES ARE CONSTRUCTED.
3. REMOVE ANY EXISTING TREES AND LANDSCAPE WITHIN THE CONSTRUCTION LIMITS UNLESS OTHERWISE NOTED.
4. PROVIDE AND MAINTAIN PEDESTRIAN PATH AND FIRE ACCESS AROUND EXISTING BUILDING DURING DEMOLITION.
5. REMOVE ALL EXISTING CURB AND GUTTER, SIDEWALK AND CONCRETE AND ASPHALT PAVEMENT WITHIN THE PROJECT LIMITS, UNLESS OTHERWISE NOTED.
6. REMOVE ALL EXISTING STORM DRAINAGE SYSTEMS WITHIN THE PROJECT LIMITS, UNLESS OTHERWISE NOTED.
7. REMOVE OR ADJUST ALL EXISTING UTILITIES ACCORDING TO UTILITY COMPANIES INDICATIONS.
8. SUPPLY TEMPORARY SANITARY AND STORM SEWER BYPASSES AS NESCESSARY DURING THE CONSTRUCTION AT NO COST TO THE OWNER.
9. DISCONNECT ALL UTILITY SERVICES TO TEXACO GAS STATION BEFORE DEMOLITION.
10. BACKFILL ANY EXCAVATION DUE TO DEMOLITIONS WITH FILL AND COMPACT TO ACHIEVE A FIRM SUBGRADE.
REMOVE SANITARY PIPE
REMOVE 8" DI W.M.
NO 18-11A
NO 18-14 SCHOOL
NO 18-27
NO 18-25
NO 18-24
REMOVE PROPERTY WALL
REMOVE PROPERTY WALL
DEMOLISH RAMP
REMOVE VALVE
REMOVE SANITARY MANUAL
REMOVE LOWER FLIGHT OF STAIRS AS PER STRUCTURAL LAYOUT
REMOVE CONCRETE STAIRCASE AND FOUNDATION
REMOVE UTILITY POLE
REMOVE SANITARY PIPE
REMOVE CONCRETE WALL
REMOVE 8" DI W.M.
REMOVE 8" W.M.
REMOVE SANITARY PIPE
REMOVE 8" DI W.M.
REMOVE SANITARY PIPE
REMOVE & CAP WATER MAIN AT VALVE
REMOVE UTILITY POLE
REMOVE ALL GAS STATION FIXTURES
REMOVE SANITARY MANHOLE
REMOVE SANITARY PIPE
GOVERNMENT PROPERTY NO MAP OF RECORD
REMOVE EXIST. SIGN REMOVE TREES REMOVE CURB
REMOVE LOWER FLIGHT OF STAIRCASE AS PER STRUCTURAL LAYOUT
REMOVE TEXACO BUILDING TO FOUNDATION LEVEL
NO. 256 A
NO. 256 REMAINDER
REMOVE RETAINING WALLS
REMOVE GAS STATION CANOPY INCLUDING FOUNDATIONS
NO. 257
REMOVE UNDERGROUND FUEL TANKS AND RELATED ACCESSORIES (DONE BY OTHERS PRIOR TO THIS CONTRACT)
REMOVE SANITARY PIPE
REMOVE EXISTING WALL. SALVAGE STONE FOR USE IN PROPOSED WALL AT SCHOOL
NOT TO SCALE
LEGEND
DEMOLITION LINE OF WALLS
DEMOLITION LIMITS OF CONCRETE/ STRUCTURES
DEMOLITION LIMITS OF ASPHALT
LEGEND
CONCRETE MONUMENT FOUND
IRON PIPE FOUND
IRON REBAR FOUND
IRON REBAR SET
CONCRETE BOUND SET
T-IRON FOUND
UTILITY POLE
MONUMENTED POINT NOT FOUND
UNMONUMENTED POINT
UNMONUMENTED POINT ALT.
CONTROL POINT SET
DRAIN PIPE
SEWER PIPE
WATER PIPE
TELEPHONE
CABLE
ELECTRIC
PROPERTY LINE
PROPERTY LINE (ESTIMATED)
RECORD DATA WHERE DIFFERENT FROM MEASURED DATA
FENCE LINE
STONE WALL
CONTOUR LINE - 10' INTERVAL
CONTOUR LINE - 2' INTERVAL
SPOT GRADE
123.4
B
A
PROJECT LIMIT LINE
GOVERNMENT PROPERTY NO MAP OF RECORD
D CURRENT OFF-SITE STUDENT LOADING ZONE AT TENNIS COURT.
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
EASTERN FEDERAL LANDS HIGHWAY DIVISION
STERLING, VIRGINIA
DEMOLITION PLAN
0 20 40
SCALE IN FEET
10/17/2007 10:30:32 AM


DROP-OFF C
SCHOOL
PROJECT LIMIT "A" LINE
PROJECT LIMIT "B" LINE
OFF-SITE LOADING ZONE "D"
© 2008 Europa Technologies
Image © 2008 DigitalGlobe
©2007 Google™
Pointer 18°19'47.74" N 64°47'35.00" W elev 17 ft
Streaming |||||||||| 100%
Eye alt 956 ft