# In the United States Court of Federal Claim

No. 08-352 C

(Filed August 21, 2008)

* * * * * * * * * * * * * * * * * * * * * *
TIP TOP CONSTRUCTION, INC. *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ERRATA**

It is hereby **ORDERED** that the Clerk's Office is directed to **STRIKE** the court's errata issued on August 13, 2008 (docket number 39) in this matter; and incorporate the following changes in the court's opinion of August 1, 2008:

(1) Background, Section I, ¶ 6 should read, as follows:

> On January 10, 2008, the agency opened the bids. The agency received three bids: GEC Inc., with a total bid price of $9,772,500; Island Roads Corporation (IRC) with a total bid price of $8,751,880; and Tip Top with a total bid price of $7,292,505. AR at 218. Tip Top was the lowest bidder, being approximately $1.4 million dollars lower than IRC's bid. Tip Top also estimated that it would take 300 calendar days to complete construction of the five-leg roundabout, and other miscellaneous work as opposed to the 675 calendar days proposed by IRC. *Id*.

(2) Discussion, Section III, last paragraph, third sentence should read, as

follows:

Tip Top was the lowest priced bidder with a bid total of $7,292,505, which was $1.4 million dollars less than that of the successful offeror, IRC. AR at 218.

(3) Discussion, Section IV, Subsection B, ¶ 4, cite 54 Fed. Reg. 48978 (Nov. 28, 1989); the italicized number 4 should read, as follows:

4. *Require a Government security interest in the pledged assets by means of a lien o[n] real property or the establishment of an escrow account for acceptable personal property.*

(4) Discussion, Section IV, Subsection C, ¶ 1, second sentence should read, as follows:

The first area of dispute is whether the list of acceptable assets under FAR 28.203-2(b) is exclusive, or whether the list is merely an example of the types of acceptable assets that an individual surety can submit as a bond.

(5) Discussion, Section V, Subsection B, ¶ 2, last sentence should read, as follows:

The regulation states that the "individual surety *may* request," and the contracting officer "*may* agree to the substitution of assets . . . . " FAR 28.203-4. (emphasis added).

s/Lynn J. Bush
LYNN J. BUSH
Judge